IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| JENNIFER BATT, MADHU CHANDNANI, KAREN DAVISON, and WILLARD JENKINS, Individually and on Behalf of All Others Similarly Situated, on Behalf of the 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN, and on Behalf of the 3M SAVINGS PLAN, | Case No. 25-cv-03149 (ECT/DTS) |
| Plaintiffs, | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| 3M COMPANY; BOARD OF DIRECTORS OF 3M, and its members; 3M BENEFITS FUND INVESTMENT COMMITTEE, and its members; and 3M INVESTMENT MANAGEMENT CORPORATION, | |
| Defendants. | |

TABLE OF CONTENTS

INTRODUCTION .................................................................................................. 1

NATURE AND SUMMARY OF THE ACTION ................................................. 1

JURISDICTION AND VENUE .......................................................................... 5

THE PARTIES .................................................................................................... 5

    I.    Plaintiffs ................................................................................................. 5

    II.    Defendants ............................................................................................. 7

SUBSTANTIVE ALLEGATIONS ..................................................................... 10

    I.    The Plans .............................................................................................. 10

    II.    The 3M TDFs ....................................................................................... 12

        A.    Target Date Funds ................................................................... 12

        B.    Structure of the 3M TDFs ...................................................... 14

    III.    Structural Inadequacy of Defendants' Participant Disclosures.................. 18

        A.    The 3M TDF Fact Sheets Are Participants' Sole Window into Their Investments in the 3M TDFs .................................... 18

        B.    Participants Cannot Track Changes Over Time............................. 20

        C.    The 3M TDF Fact Sheets Disclose Only a Fraction of Fund Holdings ...................................................................... 21

    IV.    Specific 3M Fact Sheet Deficiencies .......................................................... 24

        A.    Risk Benchmark Errors ........................................................ 24

            1.    Pervasive Benchmark Mismatching Across Vintages .......... 24

            2.    Use of Categorically Inappropriate Benchmarks for Risk Analyses................................................................ 27

            3.    Complete Absence of Risk Data for Multiple Vintages ....... 29

            4.    Unexplained Risk Benchmark Switching Between Reporting Periods........................................................... 30

            5.    Undisclosed Custom Benchmark ......................................... 31

        B.    Portfolio Composition Data Errors .................................... 33

            1.    The Current TDF Fact Sheets Report Facially Erroneous Portfolio Data ...................................... 33

            2.    Reliance on September 2024 Portfolio Data........................ 39

        C.    The Disclosure Failures Reflect Systemic Process Deficiencies........................................................................ 40

    V.    The 3M TDFs Deviate from Stated Investment Strategy: Glide Path Analysis ............................................................................................ 41

        A.    The 3M TDFs' Stated "Target" Glide Path................................. 41

- ii -

B. Reconstruction of the 3M TDFs' Approximate "Actual" Glide Path.................................................................................... 43

C. The 3M TDFs' Estimated Actual Glide Path Deviates Materially from the Stated Target Glide Path ................................. 46

VI. Risk Metrics and Their Relevance to Evaluating the 3M TDFs ................. 49

 A. Standard Deviation as a Measure of Investment Risk ..................... 49

 B. "Risk Ratio" and the Metrics That Give It Substance ..................... 50

VII. Meaningful Benchmarks to Compare the Investment Performance of the 3M TDF Series ...................................................................................... 52

 A. Defendants' "Custom Benchmarks" Used to Analyze the Performance of the 3M TDF Series Are Insufficient........................ 52

 B. The BlackRock LifePath Custom Indices ........................................ 55

 C. Dual Comparator Methodology: Matching Both the 3M TDFs' Stated "Target" and "Actual" Glide Paths............................ 56

  1. The 3M TDFs and Comparator TDFs Share Similar Equity Allocations................................................................. 61

  2. The 3M TDFs and Comparator TDFs Share Similar U.S. Equity, Non-U.S. Equity, and Fixed Income Allocations ................................................................................ 64

  3. The 3M TDFs and Comparator TDFs Share Similar Sector Exposures................................................................... 67

  4. The 3M TDFs and Comparator TDFs Share the Same "Investment Style" ................................................................. 71

  5. Risk Metrics Confirm the 3M TDFs and Comparator TDFs Have Comparable Risk Profiles................................... 74

 D. Defendants' Disclosure Failures Cannot Defeat Comparability.................................................................................... 79

VIII. Defendants Breached Their Fiduciary Duty of Prudence ........................... 82

 A. Fiduciary Duties Under ERISA ....................................................... 82

  1. Fiduciary Duties of Prudence and Loyalty ........................... 82

  2. Prohibited Transactions Under ERISA ................................. 83

  3. Fiduciary Liability Under ERISA ......................................... 84

  4. Co-fiduciary Liability............................................................ 84

 B. The 3M TDF Series Consistently Underperformed as Compared to the Meaningful Benchmarks ..................................... 85

  1. The 3M 2025 Vintage ........................................................... 85

  2. The 3M 2030 Vintage ........................................................... 88

  3. The 3M 2035 Vintage ........................................................... 90

  4. The 3M 2040 Vintage ........................................................... 92

|  | 5. | The 3M 2045 Vintage | 94 |
|  | 6. | The 3M 2050 Vintage | 96 |
|  | 7. | The 3M 2055 Vintage | 99 |
|  | 8. | The 3M 2060 Vintage | 101 |
|  | 9. | The 3M 2065 Vintage | 103 |
|  | 10. | The 3M TDFs' Underperformance as Compared to the LifePath Indices | 105 |
| C. | | Defendants Violated Their ERISA Fiduciary Duties by Failing to Timely Remove the Consistently Underperforming 3M TDF Series, Failing to Ensure the 3M TDFs' Actual Asset Allocations Followed the Plan's Official Glide Path, and Maintaining a Deficient Disclosure Regime | 108 |

CLASS ACTION ALLEGATIONS ................................................................. 110

CAUSES OF ACTION ................................................................................... 114

    COUNT I ................................................................................................. 114

    COUNT II ................................................................................................ 118

    COUNT III .............................................................................................. 120

PRAYER FOR RELIEF ................................................................................ 122

## INTRODUCTION

Plaintiffs Jennifer Batt, Madhu Chandnani, Karen Davison, and Willard Jenkins ("Plaintiffs"), individually, on behalf of the 3M Voluntary Investment Plan and Employee Stock Ownership Plan (the "3M VIP Plan") and the 3M Savings Plan (the "Plan" or the "Plans"), and as representatives of a class of participants and beneficiaries of the Plans, by and through their counsel, bring this First Amended Class Action Complaint for breach of fiduciary duties and other violations of the Employee Retirement Income Security Act of 1974 ("ERISA") against defendants 3M Company ("3M"), the Board of Directors of 3M and its members, the 3M Benefits Fund Investment Committee and its members ("3MIC" or the "Investment Committee"), and the 3M Investment Management Corporation ("3M IMCO") (collectively, the "Defendants").

Plaintiffs believe that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Many of the facts supporting the allegations contained herein are known only to Defendants or are exclusively within their control.

## NATURE AND SUMMARY OF THE ACTION

1.      This is a class action on behalf of the Plans, and a class of participants and beneficiaries of the Plans, against fiduciaries of the Plans arising from their breaches of fiduciary duties under ERISA.

2.      ERISA requires fiduciaries of retirement plans to closely monitor investments, remove imprudent investments, make investment decisions based solely in the interests of participants in retirement plans, and refrain from prohibited transactions.

*See* 29 U.S.C §§ 1104(a)(1), 1106.  Courts have described these duties of loyalty and prudence "as the 'highest known to the law.'"  *Snyder v. UnitedHealth Grp., Inc.*, No. 21-1049 (JRT/DJF), 2024 U.S. Dist. LEXIS 42952, at *17 (D. Minn. Mar. 12, 2024) (quoting *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 595, 598 (8th Cir. 2009)).

3.      Here, Plaintiffs bring this action under 29 U.S.C. § 1132(a)(2), alleging that Defendants—the Plans' fiduciaries—breached their duties by: (1) retaining underperforming investment options—nine "vintages" of the 3M LifePath Target Date Fund Series (the "3M TDF Series")[1]—for the Plans between 2019 and 2025, despite more suitable target date funds ("TDFs") having been readily available; (2) using a flawed and deficient fiduciary process for monitoring and controlling the Plan's disclosure of fund performance information to Plan participants, and failing to implement and maintain adequate processes for monitoring the accuracy of participant disclosures; (3) using a flawed and deficient fiduciary process, or nonexistent process, for monitoring whether the 3M TDFs were following the investment strategies and glide path disclosed to participants; (4) engaging in transactions prohibited by ERISA; and (5) failing to monitor the fiduciaries responsible for administration and management of the Plans' actions in retaining the

---

[1]     The 3M LifePath Target Date Fund Series consists of several "vintages" divided into five-year increments representing different "target dates" of anticipated retirement dates ranging from 2025 to 2065, as well as a "3M LifePath Retirement Portfolio" which is designed for individuals who are retired and already withdrawing savings from their retirement plans.  This action concerns nine of the available vintages; specifically, the 3M 2025, 2030, 2035, 2040, 2045, 2050, 2055, 2060, and 2065 TDF vintages.  Unless otherwise specified, the term "3M TDF Series" as used herein refers to these nine specific vintages.  Plaintiffs exclude the "retirement" vintage as it represents a mix of older funds such that there are no straightforward comparisons available to serve as "meaningful benchmarks" as would be necessary to analyze its performance.

- 2 -

imprudent 3M TDF Series investments for the Plans, monitoring whether the 3M TDFs were following its stated investment strategies, and/or creating and maintaining deficient participant disclosures.

4.      Defendants' breaches and imprudent investment decisions have resulted in the loss of over one hundred million dollars of assets for the Plans and their participants.

5.      The Plans are defined contribution retirement plans under 29 U.S.C. § 1002(34) and are sponsored by 3M.  As evidenced by their tax-deferred qualities, the primary purpose of the Plans is to allow participants to save for retirement.

6.      Defendant 3M is the "sponsor" under 29 U.S.C. § 1002(16)(B) and a "named fiduciary" of the Plans.  3M acts through a Board of Directors.

7.      The Investment Committee is one of the Plans' fiduciaries that designates the investment options available under the Plans.  As part of that process, the Investment Committee selects a default option in which a participant's contributions are invested automatically unless the participant affirmatively elects to invest in a different investment option.

8.      The Investment Committee has delegated day-to-day administration of 3M's employee benefit plans to 3M's "Director, Global Benefits (or his or her successor)" and 3M's human resources department more generally.  The Investment Committee is a body appointed by 3M, and, as a body, performs certain designated fiduciary administrative functions under the Plans. The Investment Committee is also an "investment advisor" of the 3M TDF Series.

9.      Defendant 3M IMCO is an investment advisor for the Plans selected by the other Defendants to provide investment advice to the Plans' participants on how the Plans' assets should be invested and managed.  It is an "investment manager" of the Plans as defined by 29 U.S.C. § 1002(38) and a functional fiduciary of the Plans pursuant to 29 U.S.C. § 1002(21)(A).

10.     When designating the different investment options for inclusion in the Plans, Defendants were required to independently investigate and regularly monitor each of the Plans' investment options with the care and skill of a prudent investor.  29 U.S.C. § 1104(a)(1)(B).

11.     Rather than acting diligently and prudently, Defendants breached their fiduciary duties by retaining the 3M TDF Series as investment options for the Plans at the beginning of the "Class Period" (August 7, 2019 to the date of judgment) despite the 3M TDF Series having underperformed their peer benchmarks on a trailing three-year basis for up to ten consecutive years (2016-2025), a trailing five-year basis for up to eight consecutive years (2018-2025), a trailing ten-year basis for up to three consecutive years (2023-2025), and on a cumulative basis.  The 3M TDF Series suffered from ongoing quantitative deficiencies resulting in massive underperformance relative to that of well-established, prudently managed, comparable target date funds that Defendants could have selected for the Plans.

12.     Based on Defendants' conduct, Plaintiffs bring this action on behalf of the Plans, and as representatives of a class of participants and beneficiaries of the Plans, asserting claims for a breach of the fiduciary duty of prudence as relates to the 3M TDFs

and the Plan's insufficient disclosures (Count One), for engaging in prohibited transactions and unlawful self-dealing in connection with Defendant 3M IMCO's role as "Investment Manager" and/or "Investment Advisor" to the 3M TDFs and/or their underlying investments (Count Two), and for failure to monitor fiduciaries (Count Three). In connection with these claims, Plaintiffs seek to recover all losses to the Plans resulting from Defendants' fiduciary breaches, all profits earned by Defendants in connection with Defendants' breaches, and other appropriate relief.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1332(e)(1) because this action arises under 29 U.S.C. §1132(a).

14. This district is the proper venue for this action under 29 U.S.C. §1132(e)(2) and 28 U.S.C. §1391(b) because it is the district where the Plans are administered, at least one of the alleged breaches took place, and where Defendant 3M is headquartered.

## THE PARTIES

### I.   Plaintiffs

15. Plaintiffs bring this suit individually, on behalf of the Plans, and on behalf of a class of participants and beneficiaries of the Plans affected by the challenged conduct of Defendants.

16. Plaintiff Jennifer Batt was employed as a Product Taxonomy Architect with 3M from 2017 through 2018. Batt was a participant in the Plan, as defined in 29 U.S.C.

§1002(7), during the Class Period. Batt suffered individual injury by investing in the Plans' poorly performing 3M TDF Series. Batt was invested in the 3M 2045 TDF.

17. Plaintiff Madhu Chandnani was employed as an Integrated Marketer with 3M from 2018 through 2024, and as Activation Marketer with 3M from 2024 through 2025. Chandnani was a participant in the Plan, as defined in 29 U.S.C. §1002(7), during the Class Period. Chandnani suffered individual injury by investing in the Plan's poorly performing 3M TDF Series. Chandnani is invested in the 3M 2050 and 2055 TDFs.

18. Plaintiff Karen Davison was employed in Product Specialization with 3M from 2016 through 2021. Davison was a participant in the Plan, as defined in 29 U.S.C. §1002(7), during the Class Period. Davison suffered individual injury by investing in the Plan's poorly performing 3M TDF Series. Davison is invested in the 3M 2040, 2045, and 2050 TDFs.

19. Plaintiff Willard Jenkins was a National Director Key Account with 3M from 2020 through 2022. Jenkins was a participant in the Plan, as defined in 29 U.S.C. §1002(7), during the Class Period. Jenkins suffered individual injury by investing in the Plan's poorly performing 3M TDF Series. Jenkins is invested in the 3M 2030 TDF.

20. As detailed *infra*, the Plans have suffered millions of dollars in losses resulting from the fiduciary breaches at issue and remain vulnerable to continuing harm. As participants in the Plans, Plaintiffs have standing to bring claims in a representative capacity on behalf of the Plans pursuant to 29 U.S.C. §1132(a)(2), and on behalf of all holders of funds in the 3M TDF Series because they suffered actual injuries to their accounts in which they held a number of vintages from the 3M TDF Series during the Class

- 6 -

Period and the alleged harms to holders of the other funds included in the 3M TDF Series can be traced to the same challenged conduct: the participants in the Plans suffered financial harm as a result of the Plans' imprudent investment options and the process Defendants used to monitor and retain the 3M TDF Series. This singular conduct with respect to the Plans harmed each of the holders of the specific vintages included in the 3M TDF Series at issue in this action.

## II.      Defendants

21.      Defendant 3M Company, a Delaware corporation headquartered in Saint Paul, Minnesota, is a multinational conglomerate operating in various sectors, including industry, worker safety and consumer goods. Some of its products include Post-it notes, Scotch tape, as well as a wide range of adhesives, abrasives and film. Founded in 1902 in Minnesota, 3M continues to make the Fortune 500 list and generated over $32 billion in sales in 2023. 3M is the "sponsor" of the Plans and "named fiduciary" within the meaning of 29 U.S.C. § 1002(16)(B) and 29 U.S.C. § 1102(a). 3M acts through a Board of Directors.

22.      3M, through its Director, Global Benefits and human resources department, is also the "plan administrator," with general oversight responsibilities for the Plans. As plan administrator, 3M is a fiduciary. *See* 29 C.F.R. § 2509.75-8 at D-3. It is also a "named fiduciary" pursuant to 29 U.S.C. § 1102(a). Additionally, as the "plan sponsor," "plan administrator," and the entity responsible for appointing and removing members of the 3MIC, 3M had knowledge of the fiduciary breaches committed by the other Defendants, and did not make reasonable efforts under the circumstances to remedy those breaches.

23. Defendant Board of Directors of 3M is a fiduciary of the Plans responsible for appointing and monitoring the Plans' fiduciaries.

24. Defendant 3M Benefits Fund Investment Committee is responsible for designating the investment options available under the Plans. Current and former members of the Investment Committee are fiduciaries of the Plan under 29 U.S.C. § 1002(21)(A) because they exercised discretionary authority and/or discretionary control respecting management of the Plans. The 3MIC has delegated day-to-day administration of the Plans to 3M's Director, Global Benefits and 3M's human resources department. The Investment Committee is also listed as an "investment advisor" in the plan documents for each vintage in the 3M TDF Series. Accordingly, 3MIC is also an "investment manager" of the Plans as defined by 29 U.S.C. § 1002(38) and a functional fiduciary of the Plans pursuant to 29 U.S.C. § 1002(21)(A).

25. Defendant 3M Investment Management Corporation is a Delaware Co. registered as an investment advisor based in Saint Paul, Minnesota.[2] 3M IMCO is the $25 billion investment fiduciary for 3M's retirement plans on a global basis. 3M IMCO, a wholly owned subsidiary of Defendant 3M, is an investment advisor selected by the other 3M Defendants to provide investment advice to the Plans' participants on how the Plans'

---

[2] According to the Rule 7.1 Corporate Disclosure Statement of Defendant 3M IMCO, filed on August 22, 2025, "3M Investment Management Corporation has been dissolved." ECF No. 18, at 1. Plaintiffs are unaware of when this dissolution occurred. Nevertheless, for the majority of the relevant period discussed herein, 3M IMCO served as the Plans' investment advisor and co-Investment Manager.

- 8 -

assets should be invested and managed.[3] 3M IMCO receives substantial direct and indirect compensation for providing investment advice and management services to the Plans' participants. 3M IMCO is an "investment manager" of the Plans as defined by 29 U.S.C. § 1002(38) and a functional fiduciary of the Plans pursuant to 29 U.S.C. § 1002(21)(A).

26.    It is presently unknown how much 3M IMCO received from the Plans as compensation for its services. However, based on the Plans' Form 5500s, between 2019-2024, the Plans paid 3M "directly or indirectly" at least $1.83 million. These amounts were listed as having been paid in connection with two "service codes"[4]: (1) "14" ("Plan Administrator"), and (2) "50" ("Direct payment from the plan"). Additionally, 3M IMCO served as the "Investment Manager" of the "Intermediate-Term Bond Fund," which is one of the funds the 3M TDFs invested in. The 2023 fee disclosure provided to Plan participants stated the "Total Asset-Based Fees" for the Intermediate-Term Bond Fund were "0.24%," or $2.40 "per $1,000 of Investment." Accordingly, based on the information available to Plaintiffs, Defendant 3M IMCO received some portion of that 0.24% of the Plans' assets invested in the Intermediate-Term Bond Fund.

---

[3]    *See, e.g.*, 3M's Form 11-K for the year ended December 31, 2016, at 22 ("The asset allocation of each fund is by the investment advisor with input from 3M Investment Management Corporation.").

[4]    These "code" descriptors are provided by the Department of Labor and are intended to "describe both the kind of services provided and the type of compensation received." *See* 2020 Instructions for Schedule C (Form 5500), *available at* https://www.dol.gov/sites/dolgov/files/ebsa/ employers-and-advisers/plan-administration-and-compliance/reporting-and-filing/form-5500/2020-instructions.pdf.

## SUBSTANTIVE ALLEGATIONS

### I.   The Plans

27.   The Plans are defined contribution plans subject to the provisions of ERISA.

28.   A "defined contribution" plan is a retirement plan in which an individual account is set up for each participant with benefits based upon the amount contributed to the participant's account (through employee contributions and, if applicable, employer contributions), and "any income, expenses, gains and losses." 29 U.S.C. § 1002(34).

29.   The Plans are established and maintained under written documents as required by 29 U.S.C. § 1102(a).

30.   The Plans pay expenses from the Plans' assets, and administrative expenses are paid by participants as a reduction of investment income.

31.   Defendant 3M is the "sponsor" of the Plans within the meaning of 29 U.S.C. § 1002(16)(B).

32.   Defendants—through 3M's human resource department, the Investment Committee, or 3M IMCO—determined the appropriateness of the Plans' investment offerings and monitored investment performance.

33.   Under the Plans, newly hired 3M employees are "automatically enrolled" in the 3M VIP Plan three months after their hire date.

34.   The Plans are participant-directed defined contribution plans, meaning participants may direct the investment of their contributions into various investment options offered by the Plans.

35. The Plans provide for retirement income for approximately 58,000 participants, comprised of 3M employees, former employees, and their beneficiaries.

36. At the choice and discretion of Defendants, various investment options were made available to the Plans' participants.

37. Poor investment performance can significantly impair the value of a participant's account. Fiduciary decisions have the potential to dramatically affect the amount of money participants can save for retirement.

38. In 2023, the Plans had 58,127 participants—specifically, the 3M VIP Plan had 55,591 participants and the 3M Savings Plan had 2,536 participants. Combined, the Plans had more participants than 99.767% of the defined contribution plans that filed 5500 forms for the 2023 year.

39. In 2023, the Plans had approximately $12.4 billion in assets entrusted to the care of the Plans' fiduciaries. Combined, the Plans had more assets than 99.625% of the defined contribution plans that filed 5500 forms for the 2023 year.

40. Since 2006, the 3M TDF Series has been the only target date option on the Plans. Participants who want to invest in a target date strategy have no choice other than to invest in the 3M TDF Series. Defendants have included the 2025-2055 vintages of the 3M TDF Series as part of the Plans since at least 2014. The 2060 and 2065 vintages of the 3M TDF Series have been part of the Plans since 2016 and 2020, respectively.

41.     As of 2024, approximately $4.09 billion, or 37.5%, of the Plans' total assets,[5] was invested in the 3M TDF Series.  The table below displays the approximate value of the assets invested in each of the 3M TDF Series vintages at issue:

| Fund Name | Approximate Value |
|---|---|
| 3M 2025 TDF | $564.5 million |
| 3M 2030 TDF | $758.9 million |
| 3M 2035 TDF | $734.6 million |
| 3M 2040 TDF | $568.4 million |
| 3M 2045 TDF | $464.89 million |
| 3M 2050 TDF | $405.85 million |
| 3M 2055 TDF | $283.3 million |
| 3M 2060 TDF | $231 million |
| 3M 2065 TDF | $76.5 million |

## II.     The 3M TDFs

### A.     Target Date Funds

42.     "Target date funds" are a type of fund designed to achieve certain investment results based on an investor's anticipated retirement date.

43.     A TDF is meant to offer a portfolio of a "diversified mix of several different types of stocks, bonds and other investments which are adjusted over time from a greater concentration of higher-risk investments such as stock funds to lower-risk investments such as bonds." *See* 3M VIP & ESOP Financial Statements and Supp. Schedules, at 30.

---

[5]     According to the Plans' 2024 Form 5500s, the combined assets in the Plans were approximately $10.88 billion.

44.    TDFs are meant to offer investors dynamic asset allocation that gradually shifts to a more conservative profile so as to minimize risk as time progresses. TDF's asset allocation generally shifts from stock funds to more bond funds over time. These shifts to allocation over time are referred to as a fund's "glide path." A TDF's "glide path" is typically a gradual shift in allocation from stock funds to bond funds. The below illustrates this concept for participants in a hypothetical BlackRock "LifePath" TDF showing how equity exposure in its TDFs may change over time:[6]



45.    In this example, equity exposure within a BlackRock LifePath TDF is 100% when the participant is 45-years from retirement and gradually decreases to approximately 40% at retirement and remains there in the years following retirement.

46.    An investment fund can be either passively or actively managed. Passive funds, such as "index funds," are meant to mirror the performance of an index. For

---

[6]    *See* https://www.blackrock.com/us/financial-professionals/investments/products/lifepath/lifepath-index-funds.

example, a passive index fund pegged to the S&P 500 would hold securities of the same or similar type matching the composition of the S&P 500 index. In contrast, actively managed funds are meant to beat the market through superior investment selection and are comprised of individual stocks, bonds, and/or assets selected by a manager or investment advisor.

47.    A manager of a TDF may choose to include actively managed funds and/or passive funds within the TDF itself. Regardless of whether a TDF includes passively managed investments, all TDFs are actively managed as managers make active decisions when designing a TDF's asset allocation over time.

### B.    Structure of the 3M TDFs

48.    The 3M TDF Series is comprised of TDFs modeled after the BlackRock LifePath TDFs. However, the 3M TDFs are **not** identical to, nor synonymous with, the BlackRock LifePath TDFs. Indeed, as demonstrated *infra*, the 3M TDFs have also significantly underperformed as compared to the very BlackRock TDFs they were modeled after.

49.    The 3M TDF Series contain funds divided into five-year increments representing different "target dates" of anticipated retirement dates ranging from 2025 to 2065.

50.    TDFs are generally packaged as a suite or single family—meaning, plans generally cannot select different vintages of TDFs from different managers. Defendants selected the 3M TDF Series as a single family, or suite, of TDFs, resulting in the simultaneous inclusion of all the vintages of the 3M TDF Series on the Plans.

51.    The 3M TDF Series are the only target date options on the Plans.  Participants who want to pursue a target date investment strategy have no choice other than to invest in the 3M TDF Series.  The 3M TDF Series are advised by the 3MIC, 3M IMCO, and BlackRock Institutional Trust Company.

52.    Defendants designate a default fund in which to invest participants' contributions if they do not make an investment election.  Under the Plans, after newly hired employees are "automatically enrolled" in the 3M VIP Plan after three months of employment, their contributions are invested "100%" in the 3M TDF Series vintage "closest to the year in which the participant will reach age 65."[7]

53.    According to Defendants, each of the vintages in the 3M TDF Series is "diversified among broad types of asset classes and the mix is adjusted over time to gradually become more conservative as the target retirement year approaches."[8]  The 3M TDF Series are actively managed.

54.    Defendants provide minimal resources for participants in the Plans to analyze the underlying investments of the 3M TDFs.  They provide no "prospectus" or "summary prospectus" for the 3M TDFs to participants.  Rather, as set forth in the Plan's July 2021 Investment Fund Summary (the "Plan Investment Summary"), there are just three primary sources for participants to obtain information about the 3M TDFs when considering which of the Plans' funds to invest in:

---

[7]    *Id.*

[8]    3M 5500 2019 VIP & ESOP Financial Statements and Supp. Schedules, at 30.

(1) **This Investment Fund Summary**. The remainder of this booklet contains descriptions of each of the investment funds. Each description generally summarizes the fund's goal(s), investment strategy(ies), potential risks, investment managers and how you can monitor that fund's performance. Nothing in this booklet should be construed to be investment advice.

(2) **Fund fact sheets**. The fund fact sheets provide more detailed information about each of the investment funds (including their goals, objectives, strategies and risks) than is included in the Investment Fund Summary. To access the fund fact sheets, go to the Your Benefits Rewards website and click on the square tile for Manage Your Investments or click on Savings & Retirement. Select any fund to view its fund fact sheet.

(3) **Annual Fee Disclosure Statement.** The Annual Fee Disclosure Statement contains information about the Plan's investment funds, fees and expenses, and historical performance of the investment funds. You can access the current Statement by visiting the Your Benefits Rewards website.[9]

55. The Plan Investment Summary merely provides a "general description of the 3M LifePath Portfolios," states that the "Portfolio's asset class mix is intended to remain nearly constant over time," and identifies "seven major asset classes" that the 3M TDFs are permitted to draw from. Specifically, it identifies:

- **U.S. Large-Cap Equities**: This asset class is made up of the largest company (by capitalization) stocks in the U.S. stock market. The benchmark it tracks is the Standard & Poor's (S&P) 500 Index.

- **U.S. Small/Mid-Cap Equities**: This asset class is made up of stocks listed in the U.S. with the exception of the stocks in the S&P 500. Therefore this asset class includes stocks of small- and mid-capitalization companies in the U.S. The benchmark is the Dow Jones U.S. Completion Total Stock Market Index.

- **International Equities**: This asset class is made up of stocks listed on exchanges outside of the U.S. The benchmark is the MSCI ACWI ex USA IMI

---

[9]    2021 Plan Investment Summary, at 2-3.

Index (Morgan Stanley Capital International Inc. All Countries World excluding the USA Investable Market Index).

- *Global Real Estate*: This asset class is composed of real estate investment trusts (REITs) from the global market. The benchmark it tracks is the FTSE EPRA/NAREIT (FTSE International Limited European Public Real Estate Association/National Association of Real Estate Inves[t]ment Trusts) Developed Real Estate Index.

- *Commodities:* This asset class is composed of a diversified range of futures on physical commodities including energy, agriculture, industrial and precious metals, and livestock. The benchmark is the Bloomberg Commodity Index.

- *U.S. Bonds*: This asset class is made up of a wide variety of fixed income investments drawn from the U.S. fixed income market. The benchmarks are the Bloomberg Barclays U.S. Aggregate Bond Index and the Bloomberg Barclays U.S. Intermediate Government/Credit Index. Given the funds are actively managed, managers may invest a portion of the assets outside of the benchmark.

- *U.S. Inflation Linked Bonds*: This asset class is made up of U.S. Treasury Inflation-Protected Securities (TIPS). TIPS are bonds whose principal is adjusted by changes in the Consumer Price Index, which means they can provide a limited amount of protection against inflation. The benchmark for this asset class is the Bloomberg Barclays U.S. Treasury Inflation Protected Securities (TIPS) Index.

56.     The "Fund Fact Sheets" referred to in the Plan Investment Summary are investment summary and performance "fact sheets" maintained by Morningstar.[10] Defendants commissioned Morningstar to create and maintain these "fact sheets" (the "3M TDF Fact Sheets"[11]), and to make them available to Plan participants. Accordingly, the 3M TDF Fact Sheets are the primary source of information to analyze the investment

---

[10]     Morningstar is a leading provider of investment research and is commonly relied upon by industry professionals.

[11]     Attached hereto as Exhibits A-I are the 3M 2025-2065 TDF Fund Fact Sheets showing investment performance and allocation data as of September 30, 2024 (the "September 2024 3M Fact Sheets" or the "2024 Fact Sheets"). As detailed *infra*, Sections III-IV, Plaintiffs use the September 2024 3M Fact Sheets, and data therein, as they are the most recent versions of Defendants' own disclosures that contain plausible portfolio composition data.

performance and asset allocations of the 3M TDFs. As demonstrated below, however, these fact sheets are woefully deficient.

57. Based on the 2024 Fact Sheets, in 2024, the Plans invested at least $4.09 billion in the 3M TDF Series. Defendant 3M's public 5500 filings do not disclose the amount invested in each of the 3M TDF Series, so specific figures on the amounts invested in each fund would only be revealed during discovery.

## III. Structural Inadequacy of Defendants' Participant Disclosures

### A. The 3M TDF Fact Sheets Are Participants' Sole Window into Their Investments in the 3M TDFs

58. For each of the nine 3M TDF vintages offered through the Plan, Defendants produce a "3M TDF Fact Sheet." These fact sheets are the sole source of investment information made available to participants regarding the composition, performance, and risk characteristics of the TDFs in which their retirement savings are invested. Defendants do not provide participants with access to statements of additional information, annual reports, or other detailed fund documentation of the kind that would be available to investors in publicly registered mutual funds. Because the 3M TDFs are structured as Collective Investment Trusts ("CITs") rather than registered investment companies, they are not subject to the disclosure requirements of the Investment Company Act of 1940 and are not required to file public reports with the Securities and Exchange Commission. As a result, Plan participants have no independent source of information about the 3M TDFs beyond what Defendants choose to disclose through the 3M TDF Fact Sheets.

59.     The opacity of this disclosure structure is compounded by an inherent conflict of interest.  As noted, throughout the relevant period, Defendant 3M IMCO, a wholly owned subsidiary of Defendant 3M Company, served as co-Investment Manager of each of the nine 3M TDF vintages, receiving compensation for that role.  Defendants thus occupied both sides of the fiduciary relationship: they were simultaneously responsible for selecting, monitoring, and evaluating the 3M TDFs and for managing those same funds for a fee.  This dual role created a financial incentive to retain the 3M TDFs in the Plans regardless of their performance, and a corresponding incentive to limit the depth and quality of participant disclosures that might invite scrutiny of that performance.  Under these circumstances, the duty of prudence required, at a minimum, that Defendants ensure participants received disclosures sufficient to independently evaluate the funds from which a 3M subsidiary derived direct financial benefit.

60.     Stated otherwise, the chosen disclosure structure places a heightened obligation on Defendants as Plan fiduciaries.  Where participants' only means of evaluating their retirement investments is a single document produced and controlled entirely by the fiduciary, ERISA's duty of prudence requires that the fiduciary ensure that document is accurate, complete, and sufficient to enable informed decision-making.

61.     A prudent fiduciary exercising the requisite care, skill, and diligence would implement robust processes for verifying the accuracy of such disclosures before distributing them to participants, and would ensure that the disclosures contain sufficient information for participants to meaningfully evaluate their investment options. As set forth below, Defendants failed on both counts.

B.    **Participants Cannot Track Changes Over Time**

62.    The 3M TDF Fact Sheets are periodic snapshots reflecting data as of a single reporting date.  Defendants do not make available to participants an archive of prior 3M TDF Fact Sheets.  Unless a participant independently saves copies of 3M TDF Fact Sheets at regular intervals (a step that Defendants neither suggest nor facilitate), the participant has no means of comparing current portfolio composition, performance, or risk metrics to prior periods.  Stated otherwise, a participant reviewing a current 3M TDF Fact Sheet has no way to determine whether the fund's asset allocation has shifted, whether its risk profile has changed, whether its benchmark has been switched, or whether its performance has improved or deteriorated relative to earlier snapshots.

63.    This limitation is significant because the fundamental premise of a target date fund is that its asset allocation changes over time along a predetermined "glide path."  A participant who cannot observe how the fund's allocation has actually changed over time has no comprehensive way to verify that the fund is following its stated glide path—or to identify deviations that might warrant concern.  The opacity of Defendants' disclosure regime thus deprives participants of the ability to monitor the very feature that distinguishes target date funds from other investment options.

64.    Moreover, as discussed *infra*, Defendants themselves changed the risk benchmarks used in the 3M TDF Fact Sheets between reporting periods, switched from categorically inappropriate indices to different indices without sufficient explanation, and allowed portfolio composition data to deteriorate from facially reasonable allocations to

data that is demonstrably erroneous.  None of these changes would be apparent to a participant reviewing only the most recently available 3M TDF Fact Sheets.

### C.   The 3M TDF Fact Sheets Disclose Only a Fraction of Fund Holdings

65.   Even when the 3M TDF Fact Sheets contain seemingly accurate data, they disclose only the "Top 25 Aggregated Holdings" for each TDF vintage.  According to Defendants' official 3M TDF Fact Sheets, at times, each 3M TDF vintage can hold thousands of underlying securities.  For example, as of September 30, 2024, the "Portfolio Holdings Summaries" for the 2025 3M TDF reported approximately 10,583 equity holdings, 5,740 bond holdings, and 307 "Other Holdings"—totaling over 16,600 positions:

**3M LifePath 2025 Portfolio**

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings | Annual Turnover Ratio % |
|---|---|---|---|---|---|
| 2024-09-30 | 10583 | 5740 | 307 | 21.16 | — |

**Top Aggregated Holdings**

| Holding Name | Sector | Country | Maturity Date | Market Value | % Portfolio Weight |
|---|---|---|---|---|---|
| Blackrock Inter Govt Bd Ind Mtu | — | — | — | 28,309,062 | 5.01 |
| United States Treasury Notes 4% | — | USA | 2028-02-29 | 13,424,711 | 2.38 |
| Apple Inc | Technology | USA | — | 8,590,131 | 1.52 |
| Blackrock Lt Govt Bd Ind Mtu | — | — | — | 7,853,991 | 1.39 |
| Microsoft Corp | Technology | USA | — | 7,755,676 | 1.37 |
| NVIDIA Corp | Technology | USA | — | 7,243,586 | 1.28 |
| United States Treasury Notes 3.75% | — | USA | 2028-12-31 | 5,255,677 | 0.93 |
| Amazon.com Inc | Consumer Cyclical | USA | — | 4,220,708 | 0.75 |
| United States Treasury Bonds 3.375% | — | USA | 2048-11-15 | 4,005,240 | 0.71 |
| Meta Platforms Inc Class A | Communication Services | USA | — | 3,033,087 | 0.54 |
| United States Treasury Notes 4% | — | USA | 2031-01-31 | 2,705,427 | 0.48 |
| United States Treasury Notes 4.25% | — | USA | 2029-02-28 | 2,638,824 | 0.47 |
| Alphabet Inc Class A | Communication Services | USA | — | 2,356,632 | 0.42 |
| United States Treasury Notes 4% | — | USA | 2034-02-15 | 2,238,650 | 0.40 |
| United States Treasury Bonds 4.75% | — | USA | 2043-11-15 | 2,107,076 | 0.37 |
| Berkshire Hathaway Inc Class B | Financial Services | USA | — | 2,044,258 | 0.36 |
| Alphabet Inc Class C | Communication Services | USA | — | 1,947,320 | 0.34 |
| Broadcom Inc | Technology | USA | — | 1,946,965 | 0.34 |
| United States Treasury Bonds 3.875% | — | USA | 2043-05-15 | 1,895,271 | 0.34 |
| Tesla Inc | Consumer Cyclical | USA | — | 1,759,932 | 0.31 |
| Taiwan Semiconductor Manufacturing Co Ltd | Technology | TWN | — | 1,756,074 | 0.31 |
| Eli Lilly and Co | Healthcare | USA | — | 1,695,269 | 0.30 |
| Federal Home Loan Mortgage Corp. 2% | — | USA | 2052-06-01 | 1,625,213 | 0.29 |
| United States Treasury Bonds 3.625% | — | USA | 2053-02-15 | 1,564,372 | 0.28 |
| United States Treasury Bonds 4.625% | — | USA | 2044-05-15 | 1,562,147 | 0.28 |

*See* Ex. A, at 5-6.

66.     The "Top 25" holdings represent only a small fraction of the positions held across all of the 3M TDFs, accounting for approximately 19.67% to 25.00% of total fund assets depending on the vintage.  The remaining 75% to 80% of each fund's assets—representing the retirement savings of Plan participants—are invested in securities that are not identified in the 3M TDF Fact Sheets and are entirely invisible to participants.

67.     This limited disclosure is particularly concerning with respect to the asset class that the 3M TDF Fact Sheets label "Other."  As of September 30, 2024, the 2025 3M TDF allocated 6.46% (or approximately $32 million) to those "Other" assets.  Similar percentages were allocated from all of the remaining vintages.  *See* Exs. B-I, at 3-4.  In dollar terms, these percentages represent tens of millions of dollars in Plan assets invested in holdings that seemingly are not easily classifiable as equities, bonds, or cash. Nevertheless, the 3M TDF Fact Sheets provide no further identification, description, or explanation of what these "Other" holdings are, what risks they carry, or how they are expected to perform.  A participant reviewing a 3M TDF Fact Sheet has no way to determine whether "Other" consists of real estate investment trusts, commodities, derivatives, alternative investments, or some combination thereof.  Nor can a participant assess whether the "Other" holdings are appropriate for a target date fund with the participant's expected retirement horizon.

68.     The inadequacy of this disclosure is compounded by the errors in the 3M TDF Fact Sheets available to participants as of the date of this complaint's filing (the "Current 3M TDF Fact Sheets"), which report "Other" allocations ranging from 12.51% of the 2030 TDF to 30.89% of the 2055 TDF:

- 22 -



69.     These "Other" figures, if accurate, would mean nearly one-third of one of the longest-dated fund's portfolio is invested in unidentified, unexplained assets.  Although, as set forth below, these current figures appear to be erroneous, a participant reviewing the current 3M TDF Fact Sheets would have no basis for reaching that conclusion independently.  The participant would be left to accept at face value that up to 30.89% of their retirement savings are invested in some unidentified "Other" assets.

## IV.   Specific 3M Fact Sheet Deficiencies

### A.   Risk Benchmark Errors

#### 1.   Pervasive Benchmark Mismatching Across Vintages

70.   Several of Defendants' Current 3M TDF Fact Sheets utilize Morningstar Lifetime Moderate indices as the benchmark for calculating "risk and volatility metrics" for the 3M TDFs.  For several TDF vintages, depending on the date of the disclosure, the 3M TDF Fact Sheet's "Risk & Volatility Measures" section identifies a "Morningstar Lifetime Moderate" index as the "Calculation Benchmark" against which R-Squared ("$R^2$"), Beta, and Alpha are computed.  For example, the Current 3M TDF Fact Sheets include the following:

### 3M LifePath 2030 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | 1.53 |
| Beta | 0.92 |
| R2 | 99.01 |
| Sharpe Ratio | 1.04 |
| Standard Deviation | 7.92 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2030 TR USD

### 3M LifePath 2035 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | 1.01 |
| Beta | 0.89 |
| R2 | 99.04 |
| Sharpe Ratio | 1.14 |
| Standard Deviation | 8.83 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2040 TR USD

## 3M LifePath 2040 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
|---|---|
| Alpha | 1.60 |
| Beta | 0.96 |
| R2 | 99.06 |
| Sharpe Ratio | 1.19 |
| Standard Deviation | 9.59 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2040 TR USD

## 3M LifePath 2045 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
|---|---|
| Alpha | 1.43 |
| Beta | 0.98 |
| R2 | 99.05 |
| Sharpe Ratio | 1.23 |
| Standard Deviation | 10.22 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2045 TR USD

71.    However, even when selecting Morningstar Lifetime Moderate indices as their calculation benchmarks for certain risk metrics, Defendants failed to match each TDF vintage to the correct corresponding index.  For example, the Current 3M TDF Fact Sheets use the same "Morningstar Lifetime Mod *2050*" index as the benchmark for certain risk calculations for the 2050, 2055, 2060, and 2065 vintages of the 3M TDFs:

## 3M LifePath 2050 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
|---|---|
| Alpha | 1.44 |
| Beta | 0.99 |
| R2 | 98.98 |
| Sharpe Ratio | 1.26 |
| Standard Deviation | 10.64 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2050 TR USD

## 3M LifePath 2055 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | 1.64 |
| Beta | 1.01 |
| R2 | 98.91 |
| Sharpe Ratio | 1.27 |
| Standard Deviation | 10.84 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2050 TR USD

## 3M LifePath 2060 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | 1.68 |
| Beta | 1.02 |
| R2 | 98.89 |
| Sharpe Ratio | 1.27 |
| Standard Deviation | 10.87 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2050 TR USD

## 3M LifePath 2065 Portfolio

**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | 1.69 |
| Beta | 1.02 |
| R2 | 98.88 |
| Sharpe Ratio | 1.28 |
| Standard Deviation | 10.87 |

USD | Fund as of Dec 31,2025 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Lifetime Mod 2050 TR USD

72. The 2050 index has a shorter time horizon and correspondingly different risk and return characteristics. Comparing a 2065 fund to a 2050 index is the equivalent of comparing a sprinter's 100-meter dash time to the record for the 200-meter dash—the two

- 26 -

events demand fundamentally different pacing and strategy, so the comparison tells you nothing about how well she actually performed.  Such comparison is plainly structurally unsound.[12]

73.     These mismatches are not harmless.  The $R^2$, Beta, and Alpha calculations reported in the 3M TDF Fact Sheets are computed against these incorrect benchmarks. When a fund is measured against the wrong index, the resulting risk metrics are misleading: (i) $R^2$ will understate the true correlation between the fund and its appropriate benchmark; (ii) Beta will misrepresent the fund's systematic risk; and (iii) Alpha will misstate the fund's risk-adjusted performance.  A participant relying on these metrics to evaluate whether the 3M TDFs are performing adequately would be relying on calculations that are computed against the wrong standard.

### 2.   Use of Categorically Inappropriate Benchmarks for Risk Analyses

74.     The benchmark errors in the Current 3M TDF Fact Sheets are not the first instance of benchmark mismatching.  Earlier versions of the Fact Sheets, reflecting data as of September 30, 2024, contained different egregious risk benchmark errors.  For example, the 2050 and 2065 TDF vintages were benchmarked against the "MSCI ACWI NR USD":

---

[12]     Similarly, the Current 2035 3M TDF Fact Sheet has its risk metrics calculated against the 2040 Morningstar Lifetime Moderate.

**3M LifePath 2050 Portfolio (9/30/2024)**
**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | -1.26 |
| Beta | 1.01 |
| R2 | 99.37 |
| Sharpe Ratio | 0.24 |
| Standard Deviation | 16.32 |

USD | Fund as of Sep 30,2024 | Data is based on the long position of the equity holdings. | Calculation Benchmark : MSCI ACWI NR USD

**3M LifePath 2065 Portfolio (9/30/2024)**
**Risk & Volatility Measures**

| Trailing | Fund |
| --- | --- |
| Alpha | –1.04 |
| Beta | 1.02 |
| R2 | 99.40 |
| Sharpe Ratio | 0.25 |
| Standard Deviation | 16.58 |

USD | Fund as of Sep 30,2024 | Data is based on the long position of the equity holdings. | Calculation Benchmark : MSCI ACWI NR USD

*See* Exs. F and I, at 8.

75.    The MSCI ACWI, or MSCI All Country World Index, is a ***pure global equity benchmark*** that bears no relationship to a target date fund's multi-asset-class investment strategy.[13]  Using a 100% equity index as the risk benchmark for a fund that is designed to hold a mix of equities, fixed income, and other asset classes is categorically inappropriate. It is the equivalent of evaluating a balanced portfolio against a stock-only index.

---

[13]      *See* https://www.msci.com/indexes/index/892400.

76.     Similarly, the 2030 TDF's "Risk & Volatility" measures were benchmarked against the "MS Gbl Allocation TR USD":

**3M LifePath 2030 Portfolio (9/30/2024)**
**Risk & Volatility Measures**

| Trailing | Fund |
|---|---|
| Alpha | 0.27 |
| Beta | 0.96 |
| R2 | 99.52 |
| Sharpe Ratio | 0.04 |
| Standard Deviation | 12.47 |

USD | Fund as of Sep 30,2024 | Data is based on the long position of the equity holdings. | Calculation Benchmark : Morningstar Gbl Allocation TR USD

Ex. B, at 5.

77.     The "MS Gbl Allocation TR USD" is the Morningstar Global Allocation Index.[14]  This index measures a broad category of global allocation funds rather than the specific category of target date funds.  A global allocation benchmark does not reflect the time-horizon-specific glide path that defines a target date fund's investment strategy.

### 3.  Complete Absence of Risk Data for Multiple Vintages

78.     The 2024 Fact Sheets for the 2040, 2055, and 2060 TDF vintages contained no risk or volatility data whatsoever.  Every field in the "Risk & Volatility Measures" section (including $R^2$, Beta, Alpha, Standard Deviation, Mean, and Sharpe Ratio) was displayed as a dash "—", indicating either that the calculations were not performed or that the data was not available.  For example:

---

[14]     *See* https://www.morningstar.com/indexes/ixus/msaagat/quote.

**3M LifePath 2040 Portfolio (9/30/2024)**
**Risk & Volatility Measures**

| Trailing | Fund |
|---|---|
| Alpha | — |
| Beta | — |
| R2 | — |
| Sharpe Ratio | — |
| Standard Deviation | — |

USD | Fund as of Sep 30,2024 | Data is based on the long position of the equity holdings. | Calculation Benchmark :

Ex. D, at 5.

79. For three of the nine 3M TDF vintages, Plan participants had literally no risk information of any kind. *Id. See also* Exs. G-H, at 5.

4. <u>Unexplained Risk Benchmark Switching Between Reporting Periods</u>

80. Between the September 2024 and December 2025 versions of the Fact Sheets, Defendants changed the risk benchmarks for multiple TDF vintages without explanation. These changes included:

| Vintage | Sep 2024 Benchmark | Dec 2025 Benchmark | Assessment |
|---|---|---|---|
| 2030 | MS Gbl Allocation TR USD | MS Lifetime Mod 2030 | Corrected |
| 2035 | MS Lifetime Mod 2035 | MS Lifetime Mod 2040 | Made worse |
| 2050 | MSCI ACWI NR USD | MS Lifetime Mod 2050 | Corrected |
| 2065 | MSCI ACWI NR USD | MS Lifetime Mod 2050 | Partially corrected |

81. Notably, the 2035 3M TDF's risk benchmark was changed from a facially appropriate index (Morningstar Lifetime Moderate 2035) to an incorrect index (Morningstar Lifetime Moderate 2040). The one vintage that was previously correct became incorrect in the updated version. This is not a correction; rather, it is a new error

introduced through what can only be described as a failure of quality control.  Meanwhile, the 2065 3M TDF moved from a categorically wrong benchmark (MSCI ACWI) to a merely mismatched one (MS Lifetime Mod *2050* instead of 2065)—an improvement, but still incorrect.

82.    None of these benchmark changes were disclosed to, or explained to, Plan participants.  A participant who had reviewed the 2035 Fact Sheet in 2024 (and 2025),[15] and noted its risk benchmark would, upon reviewing the Current 2035 Fact Sheet, see a different benchmark with no explanation for the change.  This unexplained switching undermines any confidence participants might place in the reliability of the risk metrics reported in any of the 3M TDF Fact Sheets.

83.    These issues call into question Defendants' fiduciary process itself.  If Defendants are unable to consistently identify or disclose correct risk benchmarks to participants, it raises a plausible inference that evaluation and monitoring are not being conducted appropriately at the fiduciary level.

### 5.  Undisclosed Custom Benchmark

84.    In addition to the Morningstar indices used in the Risk & Volatility Measures section, Defendants have represented that they use a "custom benchmark" to evaluate the performance of the 3M TDFs.  As discussed, *infra* VII.A, this custom benchmark should

---

[15]    While the 2024 3M TDF Fact Sheets show asset allocation and performance analyses information as of "September 30, 2024," those fact sheets, containing the same information, were used well into 2025.  For example, the fact sheets attached as Exhibits A-I were saved in early-mid-2025.

not be relied upon.  That said, even when referenced in the 3M TDF Fact Sheets, the custom

benchmark remains unexplained and undisclosed.  For example, incredibly, a version of

the 2030 TDF Fact Sheet saved in June 2025 contains a header field labeled "Benchmark

1 Definition"—but the field is entirely empty:

Name  Management Team
Tenure  18.76 Yrs
BiographTeam Managed

BlackRock Institutional Trust Company
3M Benefit Funds Investment Committee

**Morningstar Investment Profiles: Disclosure Statement**

**Investment Option Disclosure**

Total asset-based fees are investment management fees plus other Plan-specific costs charged to the investment fund to cover
investment management services, Plan administration, and other Plan costs. Expense ratio shown may be higher than the actual
expense ratio due to application of expense offsets.

**Benchmark 1 Definition**

85.     No definition, description, methodology, or explanation of the custom

benchmark is provided.  This is the field where Defendants would ostensibly disclose the

custom benchmark against which participants can evaluate fund performance, and it

contains no content whatsoever.

86.     Regardless, as discussed *infra*, VII.A, a custom benchmark that is never

defined is, from a participant's perspective, no benchmark at all.  It is a self-referential

standard that allows the fiduciary to claim the fund is meeting its performance goals

without ever disclosing what those goals are.  As the Court observed during the hearing on

Defendants' initial motion to dismiss, a benchmark that is set by the same entity managing

the fund is the equivalent of a judge setting their "own goal" to "get every decision out in

six months," despite that all of their "colleagues are getting it out in 90 days."  ECF No. 41, at 9-10.  Such a benchmark merely analyzes whether the judge meets their "own goal" rather than their performance as compared to other judges.  *Id.*

87.     This practice raises the concern that a fiduciary has simply set the goals lower to ensure the appearance of adequate performance.  The empty Benchmark 1 Definition field confirms that concern: Defendants purport to evaluate the TDFs against a custom standard, but participants have no way to assess whether that standard is meaningful, rigorous, or designed to serve participants' interests rather than Defendants' own.

**B.     Portfolio Composition Data Errors**

1.  <u>The Current TDF Fact Sheets Report Facially Erroneous Portfolio Data</u>

88.     The most recent versions of Defendants' Fact Sheets, reflecting data from approximately December 2025, contain materially erroneous portfolio composition data. The Current 3M TDF Fact Sheets for the 2030, 2035, 2040, 2045, 2050, and 2055 TDF vintages each report U.S. Equity exposure of 0.00%.



89.     A target date fund holding zero U.S. equities would be extraordinary for any investment horizon; for funds targeting retirement dates ranging from 2030 to 2055, zero U.S. equity exposure is implausible on its face and inconsistent with the fundamental purpose of a target date investment strategy.

90.     The implausibility of this reported data is confirmed by additional anomalies. In the Current 3M TDF Fact Sheets, each of the six vintages reports an identical number of underlying holdings: exactly 4,955 equity holdings, 996 bond holdings, and 305 other holdings:

### 3M LifePath 2030 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 14.91 |

### 3M LifePath 2035 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 14.85 |

### 3M LifePath 2040 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 15.11 |

### 3M LifePath 2045 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 15.61 |

### 3M LifePath 2050 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 17.14 |

### 3M LifePath 2055 Portfolio

**Portfolio Holdings Summary**

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings |
|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 19.47 |

91.     Because different TDF vintages are designed to hold different proportions of equity, fixed income, and other asset classes (with the allocation shifting over time along the fund's glide path), it is statistically implausible that six separate funds spanning a 25-year range of target dates would hold identical numbers of underlying securities in each category.  This uniformity indicates that the Current 3M TDF Fact Sheets are displaying

incorrect data, likely drawn from a single underlying data source rather than the actual portfolio of each respective vintage.

92.    The magnitude of the discrepancy between the 2025 3M TDF Fact Sheets and 2024 3M TDF Fact Sheets data confirms these errors. The following table compares the asset allocations reported in the September 2024 and current (December 2025) Fact Sheets:

**3M TDFs' September 2024 Asset Allocations (Likely Accurate)[16]**

| Vintage | U.S. Equity | Non-U.S. Equity | Fixed Income | Other | Cash | Total Equity |
|---------|-------------|-----------------|--------------|-------|------|--------------|
| 2025 | 25.33 | 14.21 | 49.97 | 6.46 | 4.03 | 39.54 |
| 2030 | 35.86 | 21.89 | 35.67 | 3.48 | 3.09 | 57.75 |
| 2035 | 43.52 | 27.01 | 24.14 | 3.34 | 1.99 | 70.53 |
| 2040 | 47.42 | 29.71 | 18.32 | 3.32 | 1.24 | 77.13 |
| 2045 | 53.57 | 33.74 | 8.41 | 3.5 | 0.77 | 87.31 |
| 2050 | 57.88 | 36.49 | 2.93 | 2.14 | 0.55 | 94.37 |
| 2055 | 59.88 | 37.97 | 0.4 | 1.30 | 0.45 | 97.85 |
| 2060 | 60.35 | 38.13 | 0.15 | 0.9 | 0.47 | 98.48 |
| 2065 | 60.36 | 38.15 | 0.12 | 0.93 | 0.45 | 98.51 |

**3M TDFs' Current (December 2025) Asset Allocations (Plainly Erroneous)**

| Vintage | U.S. Equity | Non-U.S. Equity | Fixed Income | Other | Cash | Total Equity |
|---------|-------------|-----------------|--------------|-------|------|--------------|
| 2030 | 0.00 | 10.39 | 75.89 | 12.51 | 1.21 | 10.39 |
| 2035 | 0.00 | 12.59 | 70.83 | 15.33 | 1.25 | 12.59 |
| 2040 | 0.00 | 15.26 | 64.63 | 18.53 | 1.59 | 15.26 |
| 2045 | 0.00 | 18.37 | 57.33 | 22.54 | 1.76 | 18.37 |
| 2050 | 0.00 | 21.87 | 49.15 | 26.81 | 2.16 | 21.87 |
| 2055 | 0.00 | 25.19 | 42.48 | 30.89 | 1.44 | 25.19 |

93.    The September 2024 data reflects a conventional target date glide path: total equity exposure rises from approximately 39.54% for the 2025 vintage to 98.51% for the 2065 vintage, while fixed income declines correspondingly from 49.97% to 0.12%.  The

---

[16]    Unless stated otherwise, all numerical figures in charts throughout this Complaint represent percentage values (%).

top holdings are recognizable U.S. securities, including Apple Inc., Microsoft Corp., NVIDIA Corp., and United States Treasury Notes. *See* Exs. A-I, at 4-5. By contrast, the Current 3M Fact Sheets report zero U.S. equity across all vintages, dramatically elevated fixed income allocations, and top holdings dominated by Japanese equities and Japanese Government Bonds. For example, following are the "Top Aggregate Holdings" as of December 31, 2025, from the Current 3M TDF Fact Sheets for the 2030, 2040, and 2050 TDFs:

### 3M LifePath 2030 Portfolio

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings | Annual Turnover Ratio % |
|---|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 14.91 | – |

**Top Aggregated Holdings**

| Holding Name | Sector | Country | Maturity Date | Market Value | % Portfolio Weight |
|---|---|---|---|---|---|
| Advantest Corp | Technology | JPN | – | 8,452,157 | 1.05 |
| Fast Retailing Co Ltd | Consumer Cyclical | JPN | – | 7,353,181 | 0.92 |
| SoftBank Group Corp | Communication Services | JPN | – | 5,682,124 | 0.71 |
| Tokyo Electron Ltd | Technology | JPN | – | 5,540,067 | 0.69 |
| Japan (Government Of) | – | JPN | 2030-09-20 | 5,018,632 | 0.62 |
| Japan (Government Of) | – | JPN | 2034-12-20 | 4,820,662 | 0.60 |
| Japan (Government Of) | – | JPN | 2027-12-20 | 4,814,211 | 0.60 |
| Japan (Government Of) | – | JPN | 2039-09-20 | 4,733,627 | 0.59 |
| Japan (Government Of) | – | JPN | 2030-06-20 | 4,680,168 | 0.58 |
| Japan (Government Of) | – | JPN | 2034-03-20 | 4,668,747 | 0.58 |
| Japan (Government Of) | – | JPN | 2033-06-20 | 4,640,617 | 0.58 |
| Japan (Government Of) | – | JPN | 2032-12-20 | 4,625,282 | 0.58 |
| Japan (Government Of) | – | JPN | 2038-03-20 | 4,576,054 | 0.57 |
| Japan (Government Of) | – | JPN | 2040-03-20 | 4,506,257 | 0.56 |
| Japan (Government Of) | – | JPN | 2031-06-20 | 4,419,328 | 0.55 |
| Japan (Government Of) | – | JPN | 2041-03-20 | 4,404,681 | 0.55 |
| Japan (Government Of) | – | JPN | 2041-09-20 | 4,316,324 | 0.54 |
| Japan (Government Of) | – | JPN | 2039-03-20 | 4,206,076 | 0.52 |
| Japan (Government Of) | – | JPN | 2032-03-20 | 4,137,389 | 0.51 |
| Japan (Government Of) | – | JPN | 2042-03-20 | 4,136,913 | 0.51 |
| Japan (Government Of) | – | JPN | 2033-03-20 | 4,097,203 | 0.51 |
| Japan (Government Of) | – | JPN | 2040-09-20 | 4,039,039 | 0.50 |
| Japan (Government Of) | – | JPN | 2037-09-20 | 4,037,770 | 0.50 |
| Japan (Government Of) | – | JPN | 2038-09-20 | 3,995,680 | 0.50 |
| Japan (Government Of) | – | JPN | 2028-06-20 | 3,925,988 | 0.49 |

### 3M LifePath 2040 Portfolio

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings | Annual Turnover Ratio % |
|---|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 15.11 | -- |

**Top Aggregated Holdings**

| Holding Name | Sector | Country | Maturity Date | Market Value | % Portfolio Weight |
|---|---|---|---|---|---|
| Advantest Corp | Technology | JPN | -- | 10,557,199 | 1.55 |
| Fast Retailing Co Ltd | Consumer Cyclical | JPN | -- | 9,184,518 | 1.35 |
| SoftBank Group Corp | Communication Services | JPN | -- | 7,097,278 | 1.04 |
| Tokyo Electron Ltd | Technology | JPN | -- | 6,919,841 | 1.02 |
| NVIDIA Corp | Technology | USA | -- | 4,921,465 | 0.72 |
| Apple Inc | Technology | USA | -- | 4,362,362 | 0.64 |
| Microsoft Corp | Technology | USA | -- | 3,903,383 | 0.57 |
| Japan (Government Of) | -- | JPN | 2030-09-20 | 3,444,349 | 0.51 |
| Japan (Government Of) | -- | JPN | 2034-12-20 | 3,308,480 | 0.49 |
| Japan (Government Of) | -- | JPN | 2027-12-20 | 3,304,052 | 0.49 |
| Japan (Government Of) | -- | JPN | 2039-09-20 | 3,248,747 | 0.48 |
| Nikkei 225 Future Mar 26 | -- | JPN | 2026-03-12 | 3,231,615 | 0.47 |
| Japan (Government Of) | -- | JPN | 2030-06-20 | 3,212,058 | 0.47 |
| Japan (Government Of) | -- | JPN | 2034-03-20 | 3,204,219 | 0.47 |
| Japan (Government Of) | -- | JPN | 2033-06-20 | 3,184,913 | 0.47 |
| Japan (Government Of) | -- | JPN | 2032-12-20 | 3,174,389 | 0.47 |
| Japan (Government Of) | -- | JPN | 2038-03-20 | 3,140,603 | 0.46 |
| Japan (Government Of) | -- | JPN | 2040-03-20 | 3,092,700 | 0.45 |
| Japan (Government Of) | -- | JPN | 2031-06-20 | 3,033,039 | 0.45 |
| Japan (Government Of) | -- | JPN | 2041-03-20 | 3,022,987 | 0.44 |
| Japan (Government Of) | -- | JPN | 2041-09-20 | 2,962,347 | 0.43 |
| Japan (Government Of) | -- | JPN | 2039-03-20 | 2,886,682 | 0.42 |
| Japan (Government Of) | -- | JPN | 2032-03-20 | 2,839,541 | 0.42 |
| Japan (Government Of) | -- | JPN | 2042-03-20 | 2,839,215 | 0.42 |
| Japan (Government Of) | -- | JPN | 2033-03-20 | 2,811,961 | 0.41 |

### 3M LifePath 2050 Portfolio

| Current Portfolio Date | Equity Holdings | Bond Holdings | Other Holdings | % of Assets in Top 25 Holdings | Annual Turnover Ratio % |
|---|---|---|---|---|---|
| 2025-12-31 | 4955 | 996 | 305 | 17.14 | -- |

**Top Aggregated Holdings**

| Holding Name | Sector | Country | Maturity Date | Market Value | % Portfolio Weight |
|---|---|---|---|---|---|
| Advantest Corp | Technology | JPN | -- | 11,472,962 | 2.24 |
| Fast Retailing Co Ltd | Consumer Cyclical | JPN | -- | 9,981,211 | 1.95 |
| SoftBank Group Corp | Communication Services | JPN | -- | 7,712,917 | 1.50 |
| Tokyo Electron Ltd | Technology | JPN | -- | 7,520,089 | 1.47 |
| NVIDIA Corp | Technology | USA | -- | 5,395,283 | 1.05 |
| Apple Inc | Technology | USA | -- | 4,782,352 | 0.93 |
| Microsoft Corp | Technology | USA | -- | 4,279,184 | 0.83 |
| Nikkei 225 Future Mar 26 | -- | JPN | 2026-03-12 | 3,511,935 | 0.68 |
| Amazon.com Inc | Consumer Cyclical | USA | -- | 2,673,196 | 0.52 |
| TDK Corp | Technology | JPN | -- | 2,422,336 | 0.47 |
| KDDI Corp | Communication Services | JPN | -- | 2,373,913 | 0.46 |
| Fanuc Corp | Industrials | JPN | -- | 2,221,848 | 0.43 |
| Alphabet Inc Class A | Communication Services | USA | -- | 2,167,937 | 0.42 |
| Prologis Inc | Real Estate | USA | -- | 2,137,278 | 0.42 |
| Broadcom Inc | Technology | USA | -- | 1,945,762 | 0.38 |
| Recruit Holdings Co Ltd | Communication Services | JPN | -- | 1,938,522 | 0.38 |
| Chugai Pharmaceutical Co Ltd | Healthcare | JPN | -- | 1,806,180 | 0.35 |
| Shin-Etsu Chemical Co Ltd | Basic Materials | JPN | -- | 1,779,591 | 0.35 |
| Japan (Government Of) | -- | JPN | 2030-09-20 | 1,751,896 | 0.34 |
| Alphabet Inc Class C | Communication Services | USA | -- | 1,737,151 | 0.34 |
| Meta Platforms Inc Class A | Communication Services | USA | -- | 1,711,465 | 0.33 |
| Japan (Government Of) | -- | JPN | 2034-12-20 | 1,682,789 | 0.33 |
| Japan (Government Of) | -- | JPN | 2027-12-20 | 1,680,537 | 0.33 |
| Japan (Government Of) | -- | JPN | 2039-09-20 | 1,652,407 | 0.32 |
| Japan (Government Of) | -- | JPN | 2030-06-20 | 1,633,745 | 0.32 |

94.    The magnitude of these discrepancies cannot be explained by market movements or portfolio rebalancing over the intervening period.  U.S. Equity allocations do not decline from 35.86% to 0.00% (2030 vintage), or from 59.88% to 0.00% (2055 vintage), through normal portfolio management.  *See* Exs. B & G, at 4-5.  Nor do total equity holdings decline from approximately 10,558 to 4,955 across every vintage simultaneously.  *Compare* Current Fact Sheet data above *with* Exs. B-G, at 4-5.  These changes reflect errors in the data underlying the Current 3M Fact Sheets, not actual changes in fund composition.

### 2.  Reliance on September 2024 Portfolio Data

95.    Because the Current 3M TDF Fact Sheet portfolio data is demonstrably unreliable, Plaintiffs rely on the September 30, 2024 portfolio composition data (the most recent version of Defendants' own disclosures that reflects plausible and internally consistent asset allocation information) for purposes of the allocation comparisons set forth herein.  This reliance is appropriate and, indeed, necessary because Defendants' own errors in their more recent disclosures have made those disclosures unusable for analytical purposes.  A participant attempting to compare the 3M TDFs' allocations to those of comparable funds would have no choice but to look to earlier disclosures (assuming they saved copies of such earlier versions, like Plaintiffs did), as data from the Current 3M TDF Fact Sheets would yield nonsensical results.

96.    The very fact that Plaintiffs must resort to older disclosure data to conduct basic portfolio analysis underscores the severity of Defendants' monitoring and disclosure failures.  Plan fiduciaries have a continuing duty under ERISA § 1104(a)(1)(B) to ensure

that information provided to participants is accurate and sufficient to allow informed decision-making about retirement investments. Defendants' distribution of 3M TDF Fact Sheets containing materially erroneous portfolio composition data—and their apparent failure to detect or correct these errors over a period of years—constitutes a breach of that duty.

### C.    The Disclosure Failures Reflect Systemic Process Deficiencies

97.    As demonstrated, the errors and omissions catalogued herein are not isolated mistakes. They reflect a systemic failure by Defendants to implement and maintain adequate processes for monitoring the accuracy of participant disclosures. A prudent fiduciary would, at a minimum, implement quality controls to verify that: (a) each TDF vintage's Fact Sheet references the correct benchmark for that vintage's target date; (b) reported asset allocations are consistent with the fund's stated investment strategy and glide path; (c) portfolio holdings data accurately reflects the fund's actual positions; (d) risk and volatility metrics are calculated against appropriate benchmarks; and (e) disclosure data is internally consistent across reporting periods and across vintages.

98.    As demonstrated, Defendants failed each of these basic verification steps; in many cases across multiple TDF vintages and multiple reporting periods. The breadth and persistence of these failures support an inference that Defendants either lack any meaningful quality control process for participant disclosures, or had, and continue to have, a process so deficient as to be functionally nonexistent.

99.    These failures are particularly troubling given that, as noted, Defendants served as co-Investment Manager of the very funds whose performance these 3M TDF Fact

- 40 -

Sheets were intended to disclose. The inadequacy of Defendants' disclosure regime thus operated to insulate from participant scrutiny the performance of funds from which Defendants' corporate family derived direct financial compensation. Whether this opacity resulted from deliberate design or from a reckless disregard for disclosure obligations, the result was the same: Plan participants were denied the information necessary to evaluate their investments in the 3M TDFs.

## V.    The 3M TDFs Deviate from Stated Investment Strategy: Glide Path Analysis

### A. The 3M TDFs' Stated "Target" Glide Path

100.    According to the Plan's official documents, each 3M TDF is managed pursuant to a "Target Asset Allocation"—a stated glide path that prescribes the fund's asset allocation at each stage relative to its target retirement date. The 3M TDFs' stated "target" glide path is as follows:



**Target Asset Allocation**

Years Until Retirement

| Allocation % | 50 | 40 | 30 | 20 | 10 | 0 | -10 | -20 | -30 |
|---|---|---|---|---|---|---|---|---|---|
| Bonds | 1.00 | 1.00 | 2.42 | 13.06 | 33.30 | 60.00 | 60.00 | 60.00 | 60.00 |
| U.S. Stocks | 49.37 | 49.37 | 48.73 | 43.82 | 34.47 | 22.18 | 22.18 | 22.18 | 22.18 |
| Non-U.S. Stocks | 45.17 | 45.13 | 44.42 | 38.79 | 28.17 | 14.49 | 14.49 | 14.49 | 14.49 |
| Cash | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 4.46 | 4.50 | 4.43 | 4.33 | 4.06 | 3.33 | 3.33 | 3.33 | 3.33 |

101.    As seen, the 3M TDFs purport to begin with approximately 99% equity exposure (approximately 49% U.S. Stocks, 45% Non-U.S. Stocks) at 50 years before retirement, and systematically reduce equity exposure as the target date approaches,

reaching a terminal allocation of approximately 60% Bonds, 22.18% U.S. Stocks, 14.49% Non-U.S. Stocks, 0% Cash, and 3.33% Other at the target date.  This terminal allocation, totaling approximately 40% equity and 60% fixed income, is designed to remain in effect at and beyond the target retirement date.

102.    The Plan documents further provide that "[w]hen the Portfolio reaches the target date, it will have reached its highest allocation to income-oriented investments and will be merged into the 3M LifePath Retirement Portfolio."  This means that the 3M TDFs are intended to follow a "to retirement" glide path: the asset allocation should reach its most conservative point at the target retirement date, and the fund is then merged into the 3M LifePath Retirement Portfolio, which should maintain that static conservative allocation indefinitely.  In the Plan's own words, the 3M LifePath Retirement Portfolio's "class mix is intended to remain **nearly constant** over time." (emphasis added).

103.    Critically, unlike many mainstream target date fund families, the Plan documents do not disclose or provide for any permissible range of deviation from the stated glide path.  The "Target Asset Allocation" is presented as a fixed schedule, not a range or approximation.  A prudent fiduciary managing a fund pursuant to a stated investment strategy would be expected to adhere to that strategy or, at minimum, to disclose to participants any material deviations from it.  As demonstrated below, Defendants did neither.

**B.    Reconstruction of the 3M TDFs' Approximate "Actual" Glide Path**

104.    Using the 2024 Fact Sheet data,[17] Plaintiffs have reconstructed an approximate "actual" glide path for the 3M TDFs.  This reconstruction maps each TDF vintage's reported asset allocation to the corresponding point on the glide path timeline.  Because each TDF vintage represents a different number of years until (or past) its target retirement date as of September 2024, the suite of nine TDF vintages, together with the "3M LifePath Retirement Portfolio," provides a cross-sectional snapshot of the actual glide path at multiple time horizons.

105.    Specifically, the approximate actual allocations at each point on the glide path are derived as follows:

- 50-years-out: allocation is taken from the stated "Target Asset Allocation" (as no 3M TDF with a 2075 target date exists);
- 40-years-out: allocation from the 3M 2065 TDF's Fact Sheet;
- 30-years-out: allocation from the 3M 2055 TDF's Fact Sheet
- 20-years-out: allocation from the 3M 2045 TDF's Fact Sheet;
- 10-years-out: allocation from the 3M 2035 TDF's Fact Sheet; and
- at-retirement (0 years): allocation from the 3M 2025 TDF's Fact Sheet.

106.    For the post-retirement period, because all 3M TDFs are intended to merge into the "3M LifePath Retirement Portfolio" when they reach the "target date," Plaintiffs use two snapshots of the 3M LifePath Retirement Portfolio to approximate the actual glide path at two distinct time horizons.  Under the terms of the Plan, all TDF vintages that reach their target date are merged into the 3M LifePath Retirement Portfolio.  As of September

---

[17]    As discussed *supra* III-IV, these are the most recent versions of Defendants' own disclosures that contain plausible portfolio composition data.

30, 2024, the most recently merged vintage was the 2020 3M TDF, which reached its target date approximately five years prior.  The 3M LifePath Retirement Portfolio's allocations as of that date were as follows:

**Asset Allocation**

| Asset Class | Net | Short | Long |
|---|---|---|---|
| U.S. Equity | 24.64 | 0.00 | 24.64 |
| Non-U.S. Equity | 13.85 | 0.00 | 13.85 |
| Fixed Income | 50.34 | 18.61 | 68.95 |
| Other | 6.79 | 0.02 | 6.81 |
| Cash | 4.37 | 0.16 | 4.53 |

Fund as of Sep 30,2024

107.    As seen, the 3M LifePath Retirement Portfolio's asset allocations were: 50.34% Bonds, 24.64% U.S. Stocks, 13.85% Non-U.S. Stocks, 4.37% Cash, and 6.46% Other.  Considering the deficiencies in Defendants' Plan disclosures and the lack of full asset allocation data over time, this serves as a plausible and reasonable proxy for the estimated "actual" allocation at approximately five years past retirement (the "-5" point on the glide path).

108.    As of December 31, 2025, the oldest TDF vintage that has been merged into the 3M LifePath Retirement Portfolio was the 2010 vintage, which reached its target date approximately fifteen years prior.  The 3M LifePath Retirement Portfolio's allocations as of that date were as follows:

- 44 -



### 3M LifePath Retirement Portfolio
**Portfolio** ( Equity  Bond )

**Asset Allocation**

| Asset Class | Net | Short | Long |
|---|---|---|---|
| U.S. Equity | 24.62 | 0.00 | 24.62 |
| Non-U.S. Equity | 13.43 | 0.00 | 13.43 |
| Fixed Income | 57.34 | 19.04 | 76.38 |
| Other | 0.23 | 0.01 | 0.24 |
| Cash | 4.39 | 0.17 | 4.56 |

Fund as of Dec 31,2025

109.   As seen, the 3M LifePath Retirement Portfolio's asset allocations were: 57.34% Bonds, 24.62% U.S. Stocks, 13.43% Non-U.S. Stocks, 4.39% Cash, and 0.23% Other.[18] Because the 3M LifePath Retirement Portfolio's actual asset allocations changed materially in just 15-months (for example, their Fixed Income investments increased by 7%), and considering the deficiencies in Defendants' Plan disclosures and the lack of full asset allocation data over time, this serves as a plausible and reasonable proxy for the estimated "actual" allocation at approximately fifteen years past retirement (the "-15" point on the glide path).

110.   Plaintiffs do not include estimated "actual" allocations for -20 or -30 years after retirement because the 3M 2010 TDF (the oldest vintage to have existed) reached its target date approximately fifteen years ago and has since been merged into the 3M LifePath

---

[18]   As seen, the 3M LifePath Retirement Portfolio's actual asset allocations changed drastically in just 15-months—more specifically, they changed by: Bonds (+7%), U.S. Stocks (-0.02%), Non-U.S. Stocks (-0.42%), Other (-6.56%), and Cash (-0.02%).

Retirement Portfolio. As such, -15 is the furthest point past retirement for which actual allocation data can be estimated.

111. Using this methodology, following are two tables: (1) a table setting forth the 3M TDF's "target" glide path; and (2) a table setting forth the 3M TDFs' estimated "actual" glide path based on the available data.

**3M TDFs' Stated "Target" Asset Allocations / Glide Path**

| Asset Class | Years to / From Retirement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 45 | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | -5 | -10 | -15 |
| Bonds | 1 | 1 | 1 | 1.71 | 2.42 | 7.74 | 13.06 | 23.18 | 33.3 | 46.65 | 60 | 60 | 60 | 60 |
| U.S. Stocks | 49.37 | 49.37 | 49.37 | 49.05 | 48.73 | 46.275 | 43.82 | 39.145 | 34.47 | 28.325 | 22.18 | 22.18 | 22.18 | 22.18 |
| Non-U.S. Stocks | 45.17 | 45.15 | 45.13 | 44.775 | 44.42 | 41.605 | 38.79 | 33.48 | 28.17 | 21.33 | 14.49 | 14.49 | 14.49 | 14.49 |
| Cash | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 4.46 | 4.48 | 4.5 | 4.465 | 4.43 | 4.38 | 4.33 | 4.195 | 4.06 | 3.695 | 3.33 | 3.33 | 3.33 | 3.33 |

**3M TDFs' Estimated "Actual" Asset Allocations / Glide Path**

| Asset Class | Years to / From Retirement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 45 | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | -5 | -10 | -15 |
| Bonds | 1 | 0.56 | 0.12 | 0.15 | 0.4 | 2.93 | 8.41 | 18.32 | 24.14 | 35.67 | 49.97 | 50.34 | 53.84 | 57.34 |
| U.S. Stocks | 49.37 | 54.9 | 60.36 | 60.4 | 59.88 | 57.88 | 53.6 | 47.42 | 43.52 | 35.86 | 25.33 | 24.64 | 24.63 | 24.62 |
| Non-U.S. Stocks | 45.17 | 41.7 | 38.15 | 38.1 | 37.97 | 36.49 | 33.7 | 29.71 | 27.01 | 21.89 | 14.21 | 13.85 | 13.64 | 13.43 |
| Cash | 0 | 0.46 | 0.93 | 0.47 | 0.45 | 0 | 0.77 | 1.24 | 1.99 | 3.09 | 4.03 | 4.37 | 4.38 | 4.39 |
| Other | 4.46 | 2.46 | 0.45 | 0.9 | 1.3 | 2.14 | 3.5 | 3.32 | 3.34 | 3.48 | 6.46 | 6.79 | 3.51 | 0.23 |

## C.     The 3M TDFs' Estimated Actual Glide Path Deviates Materially from the Stated Target Glide Path

112. The following table sets forth the deviations between the 3M TDFs' approximate actual glide path allocations (based on the only concrete data available) and their stated "Target Asset Allocation" at each point along the glide path. Positive values indicate the actual allocation exceeds the target; negative values indicate the actual allocation falls below the target:

| Asset Class | Years to / From Retirement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 45 | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | -5 | -10 | -15 |
| Bonds | 0 | -0.44 | -0.88 | -1.56 | -2.02 | -4.81 | -4.65 | -4.86 | -9.16 | -10.98 | -10.03 | -9.66 | -6.16 | -2.66 |

| Asset Class | Years to / From Retirement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 45 | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | -5 | -10 | -15 |
| U.S. Stocks | 0 | 5.53 | 10.99 | 11.35 | 11.15 | 11.61 | 9.78 | 8.28 | 9.05 | 7.54 | 3.15 | 2.46 | 2.45 | 2.44 |
| Non-U.S. Stocks | 0 | -3.45 | -6.98 | -6.68 | -6.45 | -5.12 | -5.09 | -3.77 | -1.16 | 0.56 | -0.28 | -0.64 | -0.85 | -1.06 |
| Cash | 0 | 0.46 | 0.93 | 0.47 | 0.45 | 0 | 0.77 | 1.24 | 1.99 | 3.09 | 4.03 | 4.37 | 4.38 | 4.39 |
| Other | 0 | -2.02 | -4.05 | -3.57 | -3.13 | -2.24 | -0.83 | -0.88 | -0.72 | -0.22 | 3.13 | 3.46 | 0.18 | -3.1 |

113. These deviations are substantial, persistent, and systematic. At every point along the glide path from 45 years before retirement through the post-retirement period, the 3M TDFs' actual allocations deviate materially from the stated Target Asset Allocations. Some of the most significant deviations are expanded on below.

114. **U.S. Stocks allocations are consistently higher** relative to the "Target Allocation" throughout the pre-retirement period, with deviations reaching as high as *11.6%* higher than the target at 25 years before retirement. This persists across virtually the entire pre-retirement glide path, ranging from approximately 3.2% to 11.6% above the stated allocation at every measured interval from 45 years through the target date.

115. **Bonds allocations are consistently lower** relative to the "Target Allocations," particularly in the years approaching retirement. For example, at 5 years before retirement, the actual Bond allocation falls short of the target by approximately 11 percentage points. At the target retirement date itself, the Bond allocation is *approximately 10 percentage points lower than the target*.

116. **The 3M LifePath Retirement Portfolio does not match its stated target.** At -5 years (September 2024 data), Bonds were 9.6 percentage points below the stated post-retirement target of 60%, while Cash was 4.37 percentage points above the stated target of 0%. At -15 years (December 2025 data), the Bond allocation had moved closer

to target but remained 2.66 percentage points below, while Cash continued to exceed target by 4.39 percentage points. At no point during the period for which data is available has the 3M LifePath Retirement Portfolio's actual allocation matched its stated target.

117. **The 3M LifePath Retirement Portfolio's allocation is not "nearly constant" as represented.** Between the September 2024 and December 2025 snapshots (a period of just fifteen months) the Bond allocation increased from 50.34% to 57.34% (a shift of 7 percentage points), and the "Other" allocation decreased from 6.46% to 0.23% (a shift of more than 6 percentage points). A 7-percentage-point swing in the dominant asset class over fifteen months is not consistent with the Plan's representation that the 3M LifePath Retirement Portfolio's "class mix is intended to remain nearly constant over time."

118. To put these deviations in context: 10-percentage-point less than expected investments in Bonds (with the majority of that deviation invested in U.S. Stocks) represents a fundamental shift in the risk-return profile of the fund. Over a multi-year period, the compounding effect of such a shift can materially increase the risk participants are exposed to. A participant who selected a TDF with a particular target date did so in reliance on the fund's stated glide path, and an expectation that the fund would maintain the asset allocation (and risk profile) described in the Plan documents. Deviations of this magnitude undermine the basic premise upon which participants made their investment selections.

119. ERISA requires that plan fiduciaries act "in accordance with the documents and instruments governing the plan." 29 U.S.C. § 1104(a)(1)(D). The Plan's documents

- 48 -

set forth a specific Target Asset Allocation for each TDF vintage at each stage of the glide path. Defendants' persistent and material deviations from this stated allocation, including, *inter alia*, investing in U.S. Stocks by ***more than 11 percentage points*** than expected, and not investing in Bonds by ***10 percentage points less*** than expected, constitute a failure to manage the Plan's investments in accordance with the governing Plan documents. Deviations of this magnitude are not minor drift within a reasonable tolerance band; they represent a fundamental departure from the stated investment strategy upon which participants relied in selecting their TDF vintage.

120.    Importantly, neither the 3M TDF Fact Sheets nor any other Plan documents disclosed these deviations to participants. A participant reviewing the Target Asset Allocation chart in the Plan documents and comparing it to the participant's TDF vintage would have had no reason to suspect that the fund's actual allocation deviated by as much as 11% from the stated target. The absence of any disclosure regarding permissible deviation ranges, actual-versus-target reporting, or rebalancing policies further compounded this information asymmetry.

## VI.    Risk Metrics and Their Relevance to Evaluating the 3M TDFs

### A.    Standard Deviation as a Measure of Investment Risk

121.    Standard deviation is the foundational statistical measure used in investment analysis to quantify the risk, or volatility, of an investment. In plain terms, standard deviation measures how much an investment's returns vary from its average return over a given period. A higher standard deviation means the investment's returns fluctuate more widely—meaning there is greater uncertainty about what the investment will return in any

given period.  A lower standard deviation means returns are more stable and predictable. Standard deviation is universally reported by fund rating services, including Morningstar, and is a standard component of the Fact Sheets that Defendants themselves provide to Plan participants.

122.   The relevance of standard deviation to evaluating target date funds is especially pronounced.  Target date funds are designed to reduce risk as the participant approaches retirement, which means their standard deviation should systematically decrease as the target date approaches.  A near-retirement fund with unexpectedly high standard deviation is failing to deliver the core promise of a target date strategy: reduced volatility for participants who can least afford losses.

123.   In terms of identifying comparable funds, if two funds have similar standard deviations, it means they expose their participants to similar levels of volatility.  A meaningful benchmark comparison requires that the comparator funds carry comparable risk, so that performance differences can be attributed to management quality rather than differences in the amount of risk taken.  Here, as discussed *infra* VII.C.5, the 3M TDFs and the Comparator TDFs (defined below) all share similar metrics for Standard Deviation and thus, the Comparator TDFs are meaningful benchmarks to the 3M TDFs.

**B.   "Risk Ratio" and the Metrics That Give It Substance**

124.   In the investment analysis context, the term "risk ratio" is not a single officially defined metric but rather a general reference to any measure that quantifies the risk profile of an investment, or that compares the risk of one investment relative to another. There are multiple risk metrics used by investment professionals to analyze the risk

characteristics of investment funds. The two most relevant and widely recognized metrics for evaluating and comparing the risk of target date funds are standard deviation and the Sharpe Ratio.

125. Standard deviation, as described above, provides an absolute measure of an investment's volatility (i.e., how much its returns fluctuate). When the standard deviations of two funds are compared, the resulting comparison provides a "risk ratio" in the plain-language sense: it reveals whether one fund exposes participants to more or less volatility than the other.

126. The Sharpe Ratio is calculated by taking a fund's return above the risk-free rate (typically measured by U.S. Treasury bills) and dividing it by the fund's standard deviation. The result expresses how much excess return the fund generates per unit of risk taken. A higher Sharpe Ratio indicates better risk-adjusted performance: the fund is delivering more return for each unit of volatility its participants bear. A lower or negative Sharpe Ratio indicates the fund is delivering less return (or negative excess return) relative to the risk it imposes.

127. Together, standard deviation and the Sharpe Ratio provide the concrete, quantitative metrics that give substance to the concept of a "risk ratio" comparison between investment funds. Standard deviation reveals whether funds carry comparable levels of risk. The Sharpe Ratio reveals whether the returns each fund delivers are justified by the risk it takes. These are the metrics Plaintiffs use herein to demonstrate that the 3M TDFs' risk profiles can be meaningfully compared to those of the proffered comparator TDFs.

### VII. Meaningful Benchmarks to Compare the Investment Performance of the 3M TDF Series

128. To evaluate whether the Plan fiduciaries prudently managed the 3M TDFs, Plaintiffs compare the 3M TDFs' performance to a set of comparable target date fund families available in the marketplace. The comparator TDFs identified herein are "meaningful benchmarks" within the meaning of *Matousek v. MidAmerican Energy Co.*, 51 F.4th 274 (8th Cir. 2022), and *Meiners v. Wells Fargo & Co.*, 898 F.3d 820 (8th Cir. 2018), because they share similar investment objectives, employ similar glide paths, hold similar asset allocations, invest in similar sectors, maintain similar risk profiles, and are available as options for defined-contribution retirement plans of comparable size.

129. As demonstrated below, these comparators are not cherry-picked outliers; they are mainstream TDF families offered by the largest and most established asset managers in the industry, and they provide the kind of apples-to-apples comparison that permits a factfinder to evaluate whether the 3M TDFs' performance was the product of prudent management or fiduciary failure.

### A. Defendants' "Custom Benchmarks" Used to Analyze the Performance of the 3M TDF Series Are Insufficient

130. 3M utilized a custom 3M benchmark to analyze the performance of the 3M TDF Series. For example, the benchmark for the 3M TDF 2030 vintage is named, "Blended Benchmark: LifePath 2030 Blend." Following is a chart from one of 3M's fee disclosure documents demonstrating the names of the custom benchmarks and relative performance to those benchmarks for the various 3M TDF vintages:

| Fund Name/ Benchmark | Asset Class | Total Asset-Based Fees[1] | Annual Cost Per $1,000 of Investment | Shareholder-Type Fees and Investment Restrictions | Average Annual Total Return as of 8/31/2023 (Fund and *Benchmark*)[3] | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1 yr. | 5 yr. | 10 yr. / Inception |
| **3M LifePath Portfolios** | | | | | | | |
| 3M LifePath Retirement Portfolio | Premixed | 0.17% | $1.70 | N/A | 4.5% | 4.0% | 4.5% |
| *Blended Benchmark: LifePath Retirement Blend* | | | | | *4.6%* | *3.8%* | *4.4%* |
| 3M LifePath 2025 Portfolio | Premixed | 0.16% | $1.60 | N/A | 5.5% | 4.6% | 5.5% |
| *Blended Benchmark: LifePath 2025 Blend* | | | | | *5.5%* | *4.4%* | *5.4%* |
| 3M LifePath 2030 Portfolio | Premixed | 0.14% | $1.40 | N/A | 7.6% | 5.4% | 6.2% |
| *Blended Benchmark: LifePath 2030 Blend* | | | | | *7.5%* | *5.2%* | *6.1%* |
| 3M LifePath 2035 Portfolio | Premixed | 0.12% | $1.20 | N/A | 9.2% | 5.9% | 6.8% |
| *Blended Benchmark: LifePath 2035 Blend* | | | | | *9.0%* | *5.7%* | *6.6%* |
| 3M LifePath 2040 Portfolio | Premixed | 0.10% | $1.00 | N/A | 10.6% | 6.3% | 7.2% |
| *Blended Benchmark: LifePath 2040 Blend* | | | | | *10.3%* | *6.1%* | *7.0%* |
| 3M LifePath 2045 Portfolio | Premixed | 0.09% | $0.90 | N/A | 11.6% | 6.5% | 7.5% |
| *Blended Benchmark: LifePath 2045 Blend* | | | | | *11.3%* | *6.4%* | *7.3%* |
| 3M LifePath 2050 Portfolio | Premixed | 0.08% | $0.80 | N/A | 12.3% | 6.7% | 7.7% |
| *Blended Benchmark: LifePath 2050 Blend* | | | | | *12.0%* | *6.6%* | *7.5%* |
| 3M LifePath 2055 Portfolio | Premixed | 0.08% | $0.80 | N/A | 12.6% | 6.8% | 7.8% |
| *Blended Benchmark: LifePath 2055 Blend* | | | | | *12.3%* | *6.7%* | *7.6%* |
| 3M LifePath 2060 Portfolio[5] | Premixed | 0.08% | $0.80 | N/A | 12.7% | 6.8% | 7.2% |
| *Blended Benchmark: LifePath 2060 Blend* | | | | | *12.3%* | *6.7%* | *7.0%* |
| 3M LifePath 2065 Portfolio[6] | Premixed | 0.08% | $0.80 | N/A | 12.7% | N/A | 6.2% |
| *Blended Benchmark: LifePath 2065 Blend* | | | | | *12.3%* | *N/A* | *6.0%* |

131.    3M represents these custom "benchmarks" are a weighted mix of several indices that are representative of the asset classes in which the different vintages in the 3M TDF Series were invested—meaning, the benchmark mirrored the overall strategy of the vintages in the 3M TDF Series.  Stated otherwise, at best, these "benchmarks" merely compare the 3M TDF Series' managers' ability to implement their own strategies rather than compare the series' performance with actual peer comparator / competitor funds.  The fact that every vintage in the 3M TDF Series purportedly matched or outperformed these custom "benchmarks" by 0.1-0.4% at the 1-year, 5-year and 10-year marks is telling. Defendants administer these custom benchmarks, which are not used or recognized outside this specific context, and which can be easily manipulated by Defendants to manufacture the appearance of adequate performance the 3M TDF Series purportedly provide.

132.    Importantly, 3M does not disclose the actual composition of the custom blended benchmarks used for vintages in the 3M TDF Series—*i.e.*, how the mix of indices used is actually weighted, or how it changes over time.    Rather, 3M only discloses that

the 3M TDF Series may draw from "any or all of seven major asset classes," including: (1) U.S. Large-Cap Equities; (2) U.S. Small/Mid-Cap Equities; (3) International Equities; (4) Global Real Estate; (5) Commodities; (6) U.S. Bonds; and (7) U.S. Inflation Linked Bonds. In contrast, 3M's "blended benchmark" for the "Inflation Response Multi-Asset Fund" it also offers as an investment option discloses precisely the blend of its custom benchmark:

**Fund Name/**
**Benchmark**

Inflation Response Multi-Asset Fund[8]
*Blended Benchmark: 45%Bloomberg U.S.*
*TIPS/20%Bloomberg Comdty/15%JPMorgan*
*Emerging Local Markets Index Plus/10%Dow*
*Jones U.S. Select REIT/10% Bloomberg Gold*
*Subindex*

133.    3M's custom benchmark for the 3M TDF Series should not be relied upon.[19] Accordingly, Plaintiffs do not use or refer to the 3M custom benchmarks; rather, as detailed below, Plaintiffs have identified multiple benchmarks and comparator funds as meaningful benchmarks to gauge the performance of the 3M TDF Series.   Each of these benchmarks provides a sound basis for comparison to the 3M TDF Series.

---

[19]    Indeed, the Department of Labor rejects the use of custom benchmarks as "benchmarks are more likely to be helpful when they are not subject to manipulation and are recognizable and understandable to the average plan participant, as is the case with broad-based indices contemplated by Instruction 5 to Item 27(b)(7) of Form N-1A." *See* Fiduciary Requirements for Disclosure in Participant-Directed Individual Account Plans, 75 Fed. Reg. 64910, 64916-64917 (Oct. 20, 2010).   For this reason, the Department mandates benchmarks be a "broad-based securities market index" and that such not be "administered by an affiliate of the investment issuer, its investment adviser, or a principal underwriter, unless the index is widely recognized and used." 29 C.F.R. § 2550.404a-5.

**B.      The BlackRock LifePath Custom Indices**

134.    In the initial complaint, Plaintiffs compared the 3M TDFs to the S&P Target Date Index series. The Court found that comparison insufficient because Plaintiffs' allegations were "comparatively high-level," failed to allege that the S&P indices and the 3M TDFs share "like composition," and, critically, did not allege that the 3M TDFs "were designed to track" the S&P indices. *See* ECF No. 51 at 10-12 (citing *Matousek*, 51 F.4th at 282). The Court noted that market indices may furnish a meaningful benchmark "when the challenged funds were designed to track the index," but that "important allegation" was missing from the initial complaint. *Id.* at 12. Plaintiffs now offer a comparator that directly addresses each of these deficiencies.

135.    The BlackRock LifePath Custom Index ("LifePath Index") is a proprietary benchmark created by BlackRock specifically to evaluate the performance of its own LifePath TDFs. While the 3M TDFs do not "track" the LifePath Indices, as noted, the 3M TDFs were initially modelled after the BlackRock TDFs. Accordingly, Plaintiffs submit that the LifePath Indices are appropriate—particularly considering Defendants attempted to convince the Court that the 3M TDFs and the BlackRock TDFs were one and the same in connection with their briefing on the first motion to dismiss. ECF No. 28, at 7, 16-18. Accordingly, Plaintiffs submit the BlackRock Indices are an appropriate additional comparator to use in analyzing the performance of the 3M TDFs.

C.    **Dual Comparator Methodology: Matching Both the 3M TDFs' Stated "Target" and "Actual" Glide Paths**

136.    As set forth in V.A-C above, the 3M TDFs present an unusual analytical challenge: their stated glide path follows a "to retirement" model, but their actual allocations (as revealed by the data Defendants themselves disclosed in the 3M TDF Fact Sheets) deviate materially from that stated path. For example, the 3M LifePath Retirement Portfolio's (which represents the -5, -10, and -15 time frames) actual allocation as of September 2024 included 50.40% Bonds and approximately 38.49% total equity—which is materially different from the stated terminal allocation of 60% Bonds and approximately 40% total equity. *Id.* To account for this divergence, Plaintiffs employ a dual comparator methodology which includes five comparators.

137.    The first three comparators are from TDF families whose glide paths, like the 3M TDFs' stated glide path, reach their most conservative allocation at or near the target retirement date. Plaintiffs identify three such comparators: (1) BlackRock LifePath Dynamic Institutional ("BlackRock TDFs"), (2) Putnam Retirement Advantage XA ("Putnam TDFs"), and (3) Voya Target Retirement R6 ("Voya TDFs"). As demonstrated in the following graph, these funds have comparable stated glide paths and are appropriate comparators considering the 3M TDFs' *stated* investment strategy.



138.    The fourth and fifth comparators are from TDF families whose glide paths very closely match the 3M TDF's "actual" glide path.  These funds' glide paths closely track the 3M TDFs estimated actual glide path / allocations over time (based on the only *actual allocation data* available).  Plaintiffs identify two such comparators: (1) T. Rowe Price Retirement TDF Trust A ("T. Rowe Price TDFs") and (2) Fidelity Freedom TDF K6 ("Fidelity Freedom TDFs") (the BlackRock TDFs, Putnam TDFs, Voya TDFs, T. Rowe Price TDFs, and Fidelity Freedom TDFs are collectively referred to herein as the "Comparator Funds" or "Comparator TDFs").  As demonstrated in the following graph, the 3M TDFs' actual equity allocation prior to retirement, at retirement, and in the first 15-years after retirement (which is all the data that is available) is actually much closer to the retirement glide paths of the T. Rowe Price TDFs and Fidelity Freedom TDFs than it is to its own stated "target" glide path:



139.    Irrespective of "to" vs. "through" labels, the reality is, the 3M TDFs' actual

allocations over time, at all available points of reference, more closely resemble the glide

paths of the T. Rowe Price and Fidelity Freedom TDFs than they do the 3M TDF's own

"target" glide path.  Accordingly, it is appropriate to include the T. Rowe Price and Fidelity

Freedom TDFs as additional comparators in evaluating the 3M TDFs' performance.  These

funds maintain higher equity allocations in the years following the target date and provide

an appropriate benchmark for comparison given the 3M TDFs' actual investment behavior.

Similarly, because the 3M TDF's "target" glide path is similar to the BlackRock TDFs,

Putnam TDFs, and Voya TDFs, each is also appropriate for inclusion—particularly for

considering how the 3M TDFs would have performed had Defendants actually followed

the stated investment strategies.  That said, the Comparator Funds were not merely chosen

due to the comparability of their glide paths to the 3M TDFs' target or actual glide path;

rather, the throughline, across all comparators, is that they and the 3M TDFs all share similar investment objectives, hold similar asset allocations, invest in similar sectors, maintain similar risk profiles, and are available as options for defined-contribution retirement plans of comparable size.[20]

140.    This dual methodology is deliberately inclusive.  By comparing the 3M TDFs to both families, Plaintiffs demonstrate that the 3M TDFs underperformed regardless of which glide path model is used as the reference point.  If the 3M TDFs are evaluated against the "to retirement" comparators that match their stated "target" strategy (a strategy which they did not follow), they underperformed.  If they are evaluated against the T. Rowe TDFs and Fidelity TDFs (which have glide paths matching the 3M TDFs' actual strategy and behavior), they underperformed.    This approach eliminates any argument that the comparators are inapt because they follow a different glide path philosophy, and confirms

---

[20]    The fact that the 3M TDFs are structured as CITs while certain of the Comparator TDFs are structured as mutual funds or CITs does not undermine their comparability.  The legal wrapper in which a target date fund is housed—whether a CIT or a registered mutual fund—determines the fund's regulatory obligations and fee structure, but it does not determine the fund's investment strategy, asset allocation, sector exposure, or risk-return profile.  A CIT and a mutual fund that hold similar mix of U.S. equities, international equities, and fixed income securities along a similar glide path should produce comparable investment returns regardless of their legal structure.  The comparability analysis set forth herein is based on the funds' actual portfolio compositions, not their organizational form.    Indeed, in the defined-contribution marketplace, plan fiduciaries routinely evaluate CITs and mutual funds side by side when selecting target date fund options, and industry benchmarking tools such as Morningstar report performance and allocation data for CITs and mutual funds using identical metrics and classifications—as evidenced by the fact that Morningstar assigns the 3M TDFs and all of the Comparator TDFs to the same analytical categories and reports their data in the same format.

that the performance deficiency is attributable to imprudent management rather than to structural differences in glide path design.

141.    The specific fund names and vintages for each of the 3M TDFs are as follows:

| Fund | Comparator TDFs |
| --- | --- |
| 3M 2025 TDF | BlackRock LifePath Dyn 2025 Instl |
| | Putnam Retirement Advantage 2025: XA |
| | Voya Target Retirement 2025 R6 |
| | T. Rowe Price Retirement 2025 Trust (Class A) F00000Z2L0 |
| | Fidelity Freedom 2025 K6 FDTKX |
| 3M 2030 TDF | BlackRock LifePath Dyn 2030 Instl |
| | Putnam Retirement Advantage 2030: XA |
| | Voya Target Retirement 2030 R6 |
| | T. Rowe Price Retirement 2030 Trust (Class A) F00000Z2L4 |
| | Fidelity Freedom 2030 K6 FGTKX |
| 3M 2035 TDF | BlackRock LifePath Dyn 2035 Instl |
| | Putnam Retirement Advantage 2035: XA |
| | Voya Target Retirement 2035 R6 |
| | T. Rowe Price Retirement 2035 Trust (Class A) F00000Z2L8 |
| | Fidelity Freedom 2035 K6 FWTKX |
| 3M 2040 TDF | BlackRock LifePath Dyn 2040 Instl |
| | Putnam Retirement Advantage 2040: XA |
| | Voya Target Retirement 2040 R6 |
| | T. Rowe Price Retirement 2040 Trust (Class A) F00000Z2LC |
| | Fidelity Freedom 2040 K6 FHTKX |
| 3M 2045 TDF | BlackRock LifePath Dyn 2045 Instl |
| | Putnam Retirement Advantage 2045: XA |
| | Voya Target Retirement 2045 R6 |
| | T. Rowe Price Retirement 2045 Trust (Class A) F00000Z2LG |
| | Fidelity Freedom 2045 K6 FJTKX |
| | BlackRock LifePath Dyn 2050 Instl |
| | Putnam Retirement Advantage 2050: XA |

| 3M 2050 TDF | Voya Target Retirement 2050 R6 |
|---|---|
| | T. Rowe Price Retirement 2050 Trust (Class A) F00000Z2LK |
| | Fidelity Freedom 2050 K6 FZTKX |
| 3M 2055 TDF | BlackRock LifePath Dyn 2055 Instl |
| | Putnam Retirement Advantage 2055: XA |
| | Voya Target Retirement 2055 R6 |
| | T. Rowe Price Retirement 2055 Trust (Class A) F00000Z2LO |
| | Fidelity Freedom 2055 K6 FCTKX |
| 3M 2060 TDF | BlackRock LifePath Dynamic 2060 Instl |
| | Putnam Retirement Advantage 2060: XA |
| | Voya Target Retirement 2060 R6 |
| | T. Rowe Price Retirement 2060 Trust (Class A) |
| | Fidelity Freedom 2060 K6 FDKVX |
| 3M 2065 TDF | BlackRock LifePath Dynamic 2065 Instl |
| | Putnam Retirement Advantage 2065: XA |
| | Voya Target Retirement 2065 R6 |
| | T. Rowe Price Retirement 2065 Trust-A |
| | Fidelity Freedom 2065 K6 |

142. The 3M TDF Series' performance is assessed based on comparable benchmarks for each of its vintages, as well as compared to five peers selected from major market vendors and filtered by similar characteristics, such as size, category, and risk ratio. To determine the characterization of underperformance, as detailed below, Plaintiffs adopt a criterion of consecutive years of trailing 3, 5, and 10-years of underperformance as well as a cumulative basis compounded over time.

1. <u>The 3M TDFs and Comparator TDFs Share Similar Equity Allocations</u>

143. A critical threshold for establishing that two target date funds are meaningfully comparable is demonstrating that they maintain similar equity allocations

across their respective glide paths.  Equity allocation is an important driver of a target date fund's risk-return profile: funds with higher equity allocations are expected to generate higher long-term returns but with greater short-term volatility, while funds with lower equity allocations sacrifice return potential for greater stability.  Two TDFs with similar equity allocations at the same point in their glide paths are, by definition, taking on similar levels of market risk and targeting a similar risk-return tradeoff for their participants.  As this court held in its March 10, 2026 Opinion, if "comparable asset allocations" are "plausibly alleged, that fact would go a long way toward showing that the comparator TDFs are meaningful benchmarks for the 3M TDFs."  ECF No. 51 at 15.  This is precisely what Plaintiffs plausibly allege here.

144.    The 3M TDFs' September 30, 2024 total equity allocations across each vintage as compared to the five Comparator TDF families are as follows:[21]

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 39.54 | 57.75 | 70.53 | 77.13 | 87.31 | 94.37 | 97.85 | 98.47 | 98.51 |
| BlackRock | 11.74[22] | 51.79 | 63 | 75.39 | 85.46 | 94.32 | 98.56 | 99.86 | 98.75 |
| Putnam | **[23] | 34.03 | 56.98 | 68.98 | 77.83 | 82.59 | 87.26 | 91.65 | 94.96 |
| Voya | 37.5 | 59.57 | 69.75 | 80.81 | 88.7 | 93.75 | 95.8 | 96.12 | 95.49 |
| T. Rowe | 52.85 | 62.03 | 73.57 | 83.44 | 91.4 | 93.9 | 95 | 95.07 | 95.11 |

---

[21]    The Comparator TDF total "equity allocation" data in this chart is pulled directly from Morningstar's data feed.

[22]    While 11.74 is the allocation listed for BlackRock in Morningstar's data feed, this figure may not accurately reflect the fund's actual equity exposure as it also includes nearly 60% as allocated to "Other."  That said, even if, for example, the "target" equity allocation at -0 for this fund was used (40%), the resulting average would be 36.235%—meaning the 2025 Comparator TDFs' average would still be within just 3.3 of the 3M 2025 TDF's equity allocation.

[23]    The use of ** in any charts in this Complaint indicates that Plaintiffs were unable to obtain the fund fact sheets or other documentation that would contain those specific datapoints.

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| Fidelity | 54.18 | 60.41 | 68.24 | 82.58 | 91.25 | 91.99 | 92.73 | 92.8 | 92.8 |
| Comp. Avg. | 39.07 | 53.57 | 66.46 | 78.24 | 86.93 | 91.31 | 93.87 | 95.1 | 95.42 |
| 3M v. Avg. | 0.47 | 4.18 | 4.07 | -1.11 | 0.38 | 3.03 | 3.98 | 3.37 | 3.11 |

145.    As shown in the table above, the 3M TDFs' total equity allocations closely track the comparator average across virtually every vintage.  The differences between the 3M TDFs and the comparator average range from approximately -1.11 to +4.18 percentage points, with an average absolute difference of approximately 2.5 percentage points across all nine vintages.  These differences are well within the normal range of variation among TDF families pursuing similar investment objectives.[24]

146.    At the longer-dated vintages (2045 through 2065), where target date funds are designed to maximize growth through high equity exposure, both the 3M TDFs and the Comparator TDFs maintain equity allocations in the range of approximately 87% to 99%.  As seen, the differences between the 3M TDFs and the Comparator TDFs' average for these vintages range from approximately +0.38 to +3.98 percentage points.  At the mid-range vintages (2035 and 2040), where funds begin transitioning toward a more conservative posture, the 3M TDFs and the Comparator TDFs are similarly within 4

---

[24]    These deviations are minor and are far lower than those in cases where Courts found different investment concentrations defeated comparability.  For example, in *Meiners v. Wells Fargo & Co.*, the Court found no meaningful benchmark where "Wells Fargo funds have a higher allocation of bond than Vanguard funds."  No. 16-cv-3981 (DSD/FLN), 2017 WL 2303968, at *3 (D. Minn. May 25, 2017) (citing "Holland Decl. Ex. 6, at 77; Bullard Decl. Ex. C at 3–4"). The documents cited by the court for this proposition revealed a difference in allocation of nearly *30%* between the challenged fund and the *sole* comparator alleged.  *Compare Meiners*, ECF No. 43-6, at 77, *with Meiners*, ECF No. 4-3, at 3-4 (showing a difference of 27.2% in allocation to bonds for 2015 vintages (42.8% [Vanguard] vs. 70% [Wells Fargo])).

percentage points of each other. Even at the 2030 vintage, where the spread is widest at 4.18 percentage points, this difference reflects a modest variation in how aggressively each fund family begins reducing equity exposure as the target date approaches.

147. The similarity in equity allocations across the 3M TDFs and the Comparator TDFs confirms that these funds are taking on comparable levels of market risk at each stage of the glide path. Differences in performance between funds with similar equity allocations cannot be attributed to differences in risk posture; rather, they reflect differences in the *quality* of investment management, which is precisely the inquiry that ERISA's duty of prudence demands.

2. The 3M TDFs and Comparator TDFs Share Similar U.S. Equity, Non-U.S. Equity, and Fixed Income Allocations

148. Beyond total equity allocation, the comparability of target date funds can be further evaluated by examining the three principal asset class categories that compose virtually all TDF portfolios: U.S. Equity, Non-U.S. (International) Equity, and Fixed Income. A fund that achieves a given total equity allocation through predominantly domestic stocks differs meaningfully from one that reaches the same percentage through a heavier international weighting; the two carry different currency risks, different sector exposures, and different return profiles. Similarly, the share of the portfolio allocated to Fixed Income (bonds and similar instruments) reflects the fund's approach to capital preservation and income generation. Because the 3M TDFs and Comparator TDFs maintain reasonably similar allocations not only in total equity, but also in these underlying asset class components, the Comparator TDFs are meaningful benchmarks.

149.    The 3M TDFs and the five Comparator TDF families maintain the following U.S. Equity, Non-U.S. Equity, and Fixed Income allocations across each vintage.[25]  Where a comparator family did not offer a particular vintage as of that date, it is marked "N/A" and excluded from the comparator average.

**3M TDFs vs Comparator TDFs:**
**U.S. Equity Allocation**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 25.33 | 35.86 | 43.52 | 47.42 | 53.57 | 57.88 | 59.88 | 60.35 | 60.36 |
| BlackRock | ** | 26.33 | 31.33 | 33.00 | 35.35 | 37.13 | 39.96 | 39.73 | 39.88 |
| Putnam | ** | 25.44 | 47.06 | 55.26 | 60.51 | 65.02 | 63.94 | 68.81 | 72.64 |
| Voya | 25.10 | 37.91 | 45.14 | 51.50 | 56.24 | 59.76 | 61.31 | 61.49 | 60.74 |
| T. Rowe | 36.39 | 41.68 | 46.24 | 53.65 | 59.92 | 61.87 | 62.57 | 62.62 | 62.65 |
| Fidelity | 28.38 | 31.89 | 36.32 | 44.43 | 49.23 | 49.65 | 50.41 | 50.45 | 50.46 |
| Comp. Avg. | 29.96 | 32.65 | 41.22 | 47.57 | 52.25 | 54.69 | 55.64 | 56.62 | 57.27 |
| 3M v. Avg. | -4.63 | 3.21 | 2.3 | -0.15 | 1.32 | 3.19 | 4.24 | 3.73 | 3.09 |

**3M TDFs vs Comparator TDFs:**
**Non-U.S. Equity Allocation**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 14.21 | 21.89 | 27.01 | 29.71 | 33.74 | 36.49 | 37.97 | 38.13 | 38.15 |
| BlackRock | ** | 25.83 | 31.60 | 35.87 | 40.58 | 45.19 | 48.32 | 49.93 | 50.08 |
| Putnam | ** | 8.59 | 9.91 | 13.72 | 17.32 | 17.56 | 18.16 | 19.37 | 20.33 |
| Voya | 12.40 | 21.66 | 24.61 | 29.32 | 32.46 | 33.98 | 34.49 | 34.62 | 34.75 |
| T. Rowe | 16.47 | 20.35 | 23.65 | 27.38 | 30.51 | 31.45 | 31.87 | 31.89 | 31.87 |
| Fidelity | 25.80 | 28.52 | 31.92 | 38.15 | 42.02 | 42.34 | 42.32 | 42.35 | 42.34 |
| Comp. Avg. | 18.22 | 20.99 | 24.34 | 28.89 | 32.58 | 34.1 | 35.03 | 35.63 | 35.87 |
| 3M v. Avg. | -4.01 | 0.9 | 2.67 | 0.82 | 1.16 | 2.39 | 2.94 | 2.5 | 2.28 |

---

[25]    The data in the following charts is pulled from the September 2024 3M TDF Fact Sheets, Morningstar extended analyses of the Comparator Funds (when available), or the most recent "fact" sheets for the Comparator Funds.

**3M TDFs vs Comparator TDFs:**
**Fixed Income Allocation**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 49.97 | 35.67 | 24.14 | 18.32 | 8.41 | 2.93 | 0.4 | 0.15 | 0.12 |
| BlackRock | ** | 39.54 | 30.55 | 23.45 | 16.17 | 9.87 | 5.71 | 4.43 | 4.20 |
| Putnam | ** | 53.57 | 34.79 | 25.40 | 17.94 | 14.84 | 11.88 | 7.61 | 4.25 |
| Voya | 64.10 | 41.21 | 30.30 | 18.92 | 10.75 | 5.72 | 3.63 | 3.02 | 3.07 |
| T. Rowe | 40.49 | 31.48 | 23.12 | 12.77 | 4.29 | 1.74 | 1.43 | 1.43 | 1.52 |
| Fidelity | 45.58 | 39.62 | 31.74 | 17.46 | 9.5 | 9.29 | 8.70 | 8.64 | 8.62 |
| Comp. Avg. | 50.06 | 41.08 | 30.1 | 19.6 | 11.73 | 8.29 | 6.27 | 5.03 | 4.33 |
| 3M v. Avg. | -0.09 | -5.41 | -5.96 | -1.28 | -3.32 | -5.36 | -5.87 | -4.88 | -4.21 |

150.   **U.S. Equity.** The 3M TDFs' U.S. Equity allocations are closely aligned with the Comparator Funds' average across the full range of vintages. The differences range from approximately -4.63 to +4.24 percentage points.  At the mid-range and longer-dated vintages (2035 through 2065), the 3M TDFs' U.S. Equity allocations are within approximately 0.2 to 4.2 percentage points of the Comparator Funds' average.  The widest deviation occurs at the 2025 vintage, but even then, the deviation is less than 5%.

151.   **Non-U.S. Equity.** The 3M TDFs' Non-U.S. Equity allocations similarly track the Comparator Funds' average, with differences ranging from approximately -4.01 to +2.94 percentage points across vintages.  At the 2030 through 2065 vintages, the 3M TDFs maintain Non-U.S. Equity allocations that are within approximately 0.8 to 2.9 percentage points of the comparator average.  The 3M TDFs fall squarely within the average, confirming that their international equity exposure is consistent with the spectrum of approaches taken by comparable TDF families.

- 66 -

152. **Fixed Income.** The 3M TDFs consistently maintain Fixed Income allocations that are also similar to the comparator average, with differences ranging from approximately -0.09 to -5.96 percentage points.

153. In sum, allocation data confirms that the 3M TDFs and the five Comparator TDF families are structured around the same fundamental investment approach: a blend of U.S. Equity, Non-U.S. Equity, and Fixed Income that shifts from growth-oriented to conservative as the target date approaches. The differences between the 3M TDFs and the comparator averages are modest—generally within 5 percentage points or less at any given vintage in any asset class—and fall well within the normal range of variation among TDF families pursuing similar investment objectives. Importantly, these differences are far smaller than the differences between the 3M TDFs' "target" glide path / allocations and their "actual" allocations over time. In short, these funds are investing in the same markets, in similar proportions, for similar purposes. They are meaningfully comparable.

### 3. The 3M TDFs and Comparator TDFs Share Similar Sector Exposures

154. Beyond asset class allocation, the comparability of target date funds can be evaluated by examining the sectors in which their equity portfolios are invested. Sector exposure reveals where each fund's equity capital is deployed across the economy (Technology, Financial Services, Healthcare, Industrials, and so forth). Funds with similar sector exposures are, by definition, exposed to similar industry-specific risks and opportunities, and their returns can be expected to respond similarly to sector-level economic events. Two TDFs that differ materially in sector weighting—for example, one heavily concentrated in Technology and another in Industrials—might produce different

returns even if their total equity allocations are identical, because their returns are driven by different segments of the economy.  Here, not only do the Comparator TDFs have similar equity allocations, but they also deploy that equity in similar sectors—reinforcing that the Comparator TDFs are meaningful comparators.

155.    As of September 30, 2024, the equity sector allocations of the 3M TDFs were remarkably similar and consistent with those of the Comparator TDFs across *all eleven* Morningstar *sectors* and *all nine vintages*.  The table below summarizes the difference between the 3M TDFs' sector allocation and the comparator average (in percentage points) for each sector across every vintage.  A positive number indicates the 3M TDFs allocate more sector than the comparator average; a negative number indicates they allocate less.

**3M TDFs vs Comparator TDFs' Average:**
**Sector Allocations[26]**

| Sectors | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| Basic Materials | -1.51 | -0.41 | -0.39 | -0.41 | -0.44 | -0.46 | -0.43 | -0.49 | -0.48 |
| Consumer Cyclical | 0.09 | 0.66 | 0.63 | 0.68 | 0.65 | 0.64 | 0.58 | 0.59 | 0.59 |
| Financial Services | 2.14 | -1.74 | -1.68 | -1.73 | -2.02 | -2.04 | -2.22 | -2.30 | -2.30 |
| Real Estate | 4.56 | 4.41 | 4.37 | 4.23 | 4.08 | 4.04 | 4.20 | 4.27 | 4.27 |
| Comm. Services | -1.16 | -1.37 | -1.39 | -1.37 | -1.39 | -1.37 | -1.39 | -1.38 | -1.38 |
| Energy | -0.96 | -0.31 | -0.28 | -0.28 | -0.21 | -0.18 | -0.14 | -0.20 | -0.21 |
| Industrials | -2.62 | -1.95 | -1.87 | -1.86 | -1.73 | -1.71 | -1.64 | -1.64 | -1.62 |
| Technology | -0.39 | -1.7 | -1.82 | -1.76 | -1.77 | -1.75 | -1.72 | -1.67 | -1.68 |
| Consumer Defensive | 1.53 | 1.05 | 1.05 | 1.07 | 1.09 | 1.10 | 1.09 | 1.08 | 1.09 |
| Healthcare | 1.97 | 1.25 | 1.22 | 1.28 | 1.37 | 1.35 | 1.32 | 1.35 | 1.35 |
| Utilities | 0.63 | 0.12 | 0.17 | 0.16 | 0.34 | 0.39 | 0.38 | 0.38 | 0.38 |

---

[26]    Attached hereto as Appendix A are charts including the data underlying these averages (i.e., sector investments as compared to each of the vintages within the Comparator TDFs).

156. As seen, the data reveals a striking degree of sector-level consistency between the 3M TDFs and the Comparator TDFs. Across all eleven Morningstar sectors and all nine TDF vintages, the differences between the 3M TDFs' sector allocations and the comparator average are modest and stable. Some key patterns are:

157. **Technology** is the largest sector allocation for all funds, and the 3M TDFs' Technology weighting (approximately 22.9% to 23.1% at the 2030 through 2065 vintages) is within approximately 1.7 to 1.8 percentage points of the Comparator TDF average across all vintages. This confirms that the 3M TDFs and Comparator TDFs are similarly positioned to benefit from, or be affected by, movements in the technology sector.

158. **Financial Services** is the second-largest sector allocation, and the 3M TDFs allocate approximately 1.7 to 2.3 percentage points less to this sector than the Comparator Funds' average. This is a modest underweight that falls within the normal range of variation among TDF families.

159. **Real Estate** is the sector where the 3M TDFs deviate most from the comparator average, but even then, this deviation is just 4.0 to 4.6 percentage points. That is, the 3M TDFs allocate, on average, between 4-4.6 percentage points more to Real Estate than the Comparator TDFs across all vintages. This reflects a deliberate allocation choice by 3M's investment managers rather than a structural difference that undermines comparability (a decision whose performance consequences can and should be evaluated against the Comparator Funds). Nevertheless, a deviation of less than 5% is minor—particularly considering, as discussed, the 3M TDFs themselves deviate by more than 10% from their "target" allocations.

160. **Industrials** is the other sector where the 3M TDFs show a consistent underweight of approximately 1.6 to 2.6 percentage points below the Comparator TDF average. Again, such tight clustering further supports comparability.

161. The remaining seven sectors (Basic Materials, Consumer Cyclical, Communication Services, Energy, Consumer Defensive, Healthcare, and Utilities) *all show 3M TDF allocations* that are *within approximately 1.5 percentage points* of the Comparator TDF average at every vintage. Several of these differences are less than half a percentage point. The consistency across these sectors further confirms that the 3M TDFs and the Comparator TDFs are investing in fundamentally the same segments of the economy, in similar proportions.

162. Critically, the sector allocation patterns are *stable across vintages*. The deviation between the 3M TDFs and the Comparator TDF average in each sector is nearly identical whether one examines the 2030 vintage or the 2065 vintage. This stability demonstrates that the sector-level similarity between the 3M TDFs and the comparators is not a coincidence of a single vintage but a structural feature of the funds' investment approach. All six TDF families are deploying their equity capital across the same sectors in similar proportions, differing primarily in the relatively modest tilts described above. These are funds that are fishing in the same waters. As such, the performance differences between them reflect the skill with which each manager selects and weights securities within those sectors, not strategy differences relating to the sectors they have chosen to invest in.

4. The 3M TDFs and Comparator TDFs Share the Same "Investment Style"

163. The Morningstar Equity Style Box is a widely recognized analytical tool that classifies the equity holdings of any investment fund along two dimensions: *size* (Large, Mid, or Small capitalization) and *style* (Value, Blend, or Growth). The intersection of these two dimensions produces a 3×3 grid of nine possible classifications. The fund's *centroid* (the asset-weighted center of all the fund's equity holdings plotted on this grid) summarizes the fund's overall investment style in a single data point. Two funds with centroids in the same box are pursuing the same fundamental equity strategy: they are investing in stocks of similar size and similar growth/value orientation.

164. The Morningstar Equity Style Box is reported on every Morningstar fund profile, on all of the official 3M TDF Fund Fact Sheets, and is used by institutional investors, consultants, and fiduciaries to evaluate whether funds are appropriate comparators for benchmarking purposes. Its two-dimensional classification captures the important structural characteristics of a fund's equity portfolio in an intuitive visual format.

165. As reflected in the Morningstar Style Box data for each of the 3M TDFs and each of the five Comparator TDF families (attached hereto as Appendix B), the centroid of every fund at every vintage falls at nearly the exact same spot within the same box: **Large Blend**. These Morningstar Equity Style Box analyses demonstrate that the 3M TDFs and the Comparator TDFs employ **virtually identical investment strategies** in terms of equity style and capitalization exposure. For example:

**Morningstar Equity Style Box Analyszis (2050 Vintages)**



166.    As illustrated above for the representative 2050 vintage, every 2050 fund's portfolio centroid falls at nearly the same location within the Large Blend Style Box.  This classification holds across all nine TDF vintages (2025 through 2065) for every fund analyzed, as detailed in Appendix B.  The uniformity of centroid placement confirms that these TDFs share a common investment approach (broad market, large-cap-oriented equity exposure blended across value and growth styles), making direct performance comparisons between the 3M TDFs and the Comparator TDFs both appropriate and informative.

167.    The near-identical style box positioning refutes any suggestion that performance differences between the 3M TDFs and the comparator funds are attributable to differences in investment style or strategy.  To the contrary, these funds are pursuing the same fundamental approach to equity allocation.  The performance gap documented in the preceding sections therefore reflects differences in execution and management quality, not differences in investment philosophy.

168.    The uniformity of this classification is striking.  Across all nine TDF vintages—from the near-retirement 2025 fund to the longest-dated 2065 fund—and across all six TDF families, every fund's centroid falls in the Large Blend box without exception. This means that every one of these funds is investing its equity portfolio predominantly in large-capitalization stocks with a blended (neither purely value nor purely growth) orientation.  The 3M TDFs and the Comparator TDFs are not merely investing in the same sectors, as demonstrated *supra* VII.C.3; they are investing in the *same types of stocks within those sectors* (large, diversified companies that form the core of the U.S. and global equity markets).

169.    This style-level consistency has direct implications for the meaningful benchmark analysis.  Funds with identical style classifications face the same market dynamics: when large-cap blend stocks rise, all of these funds benefit; when large-cap blend stocks decline, all of these funds are adversely affected.  Performance differences between funds with highly similar Morningstar style classifications cannot be attributed to differences in investment style or market exposure. They can only be explained by differences in the quality of security selection, portfolio construction, and investment

management—which is precisely what ERISA's duty of prudence requires fiduciaries to optimize; and precisely what Plaintiffs are challenging here.

170. In sum, the Morningstar Equity Style Box analysis provides independent confirmation that the 3M TDFs and all five Comparator TDFs are pursuing the same fundamental investment approach. They hold the same types of stocks (Large Blend), in the same sectors (as demonstrated in Section VII.C.3), in similar proportions (as demonstrated in Sections VII.C.1 and VII.C.2), along similar glide paths (as demonstrated in Section VII). As such, the Comparator TDFs are meaningful benchmarks for evaluating the investment performance of the 3M TDFs.

### 5. Risk Metrics Confirm the 3M TDFs and Comparator TDFs Have Comparable Risk Profiles

171. As described in VI, Standard Deviation and the Sharpe Ratio are the two foundational metrics for evaluating investment risk and risk-adjusted return. If two funds have similar Standard Deviations, they expose their participants to similar levels of volatility. If two funds have similar Sharpe Ratios, they deliver similar risk-adjusted returns. A meaningful benchmark comparison requires that the comparator funds carry comparable risk, so that performance differences can be attributed to management quality rather than differences in the amount of risk taken.

172. The tables below present the standard deviation and Sharpe Ratio data for the 3M TDFs and each of the five comparator TDF families across 3-year, 5-year, and 10-year measurement periods, as reported by Morningstar. Where a fund did not have a track record of sufficient length for a given time period, the data is reported as "N/A." The

comparator averages are calculated using only funds with available data for each vintage and period.

### (a) Sharpe Ratio Comparisons

173. The Sharpe Ratio measures risk-adjusted return: a higher Sharpe Ratio indicates that a fund is generating more excess return per unit of risk. The following tables compare the 3M TDFs' Sharpe Ratios to the comparator average at each vintage across the 5-year and 10-year periods.[27]

**3M TDFs vs Comparator TDFs**
**Sharpe Ratio (5-Year)**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 0.39 | 0.38 | 0.46 | 0.5 | 0.54 | 0.56 | 0.57 | 0.57 | 0.58 |
| Putnam | ** | 0.42 | 0.57 | 0.63 | 0.66 | 0.68 | 0.69 | 0.71 | ** |
| Voya | 0.36 | 0.35 | 0.42 | 0.49 | 0.53 | 0.53 | 0.53 | 0.54 | 0.54 |
| BlackRock | 0.38 | 0.31 | 0.39 | 0.46 | 0.52 | 0.53 | 0.55 | 0.55 | 0.55 |
| T. Rowe | 0.32 | 0.37 | 0.42 | 0.46 | 0.49 | 0.5 | 0.5 | 0.5 | 0.51 |
| Fidelity | 0.29 | 0.35 | 0.44 | 0.52 | 0.55 | 0.55 | 0.55 | 0.55 | 0.55 |
| Comp. Avg. | 0.34 | 0.36 | 0.45 | 0.51 | 0.55 | 0.56 | 0.56 | 0.57 | 0.54 |
| 3M v. Avg. | 0.05 | 0.02 | 0.01 | 0.01 | 0.01 | 0.00 | 0.01 | 0.00 | 0.04 |

**3M TDFs vs Comparator TDFs**
**Sharpe Ratio (10-Year)**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 0.42 | 0.64 | 0.66 | 0.68 | 0.69 | 0.69 | 0.7 | 0.7 | ** |
| Putnam | ** | 0.63 | 0.69 | 0.7 | 0.72 | 0.72 | 0.72 | ** | ** |
| Voya | 0.45 | 0.58 | 0.61 | 0.64 | 0.65 | 0.65 | 0.65 | 0.65 | ** |
| BlackRock | 0.49 | 0.58 | 0.6 | 0.63 | 0.64 | 0.65 | 0.66 | ** | ** |
| T. Rowe | 0.62 | 0.63 | 0.65 | 0.66 | 0.68 | 0.68 | 0.68 | 0.68 | ** |
| Fidelity | 0.59 | 0.63 | 0.65 | 0.68 | 0.69 | 0.69 | 0.69 | 0.69 | ** |
| Comp. Avg. | 0.54 | 0.61 | 0.64 | 0.66 | 0.68 | 0.68 | 0.68 | 0.67 | N/A |
| 3M v. Avg. | -0.12 | 0.03 | 0.02 | 0.02 | 0.01 | 0.01 | 0.02 | 0.03 | N/A |

---

[27]   All Sharpe Ratio data in these charts is pulled directly from Morningstar's data feed.

174.     The 5-year and 10-year Sharpe Ratios confirm that the Comparator TDFs are meaningful benchmarks against which to measure the 3M TDFs' performance.  Because the Sharpe Ratio measures return per unit of risk, similar Sharpe Ratios over extended time horizons demonstrate that two funds operate within the same risk-return profile—meaning any performance differences cannot be attributed to one fund simply taking on more or less risk than the other.  As seen, over both horizons, the 3M TDFs and the Comparator TDF average track closely.  On a 5-year basis, the 3M TDFs' Sharpe Ratios were ***identical or nearly identical*** to the Comparator TDFs' average across all nine vintages, with differentials ranging from just -0.01 to +0.05.  On a 10-year basis, the results are similarly tight: the 3M TDFs' Sharpe Ratios were nearly identical to the Comparator TDFs' average across all vintages for which data is available, with differentials ranging from just -0.12 to +0.03.

175.     This close alignment establishes that the 3M TDFs and the Comparator TDFs occupied substantially similar risk profiles over meaningful time horizons, and that the Comparator TDFs are therefore appropriate benchmarks for evaluating the 3M TDFs' returns.

176.     Having established comparability, the relevant question becomes whether the 3M TDFs actually delivered competitive returns relative to those benchmarks and, as discussed below, they did not.

#### (b) Standard Deviation Comparisons

177.     Standard Deviation measures the absolute volatility of a fund's returns. The following tables demonstrate that the 3M TDFs and the Comparator TDFs carry

- 76 -

comparable levels of risk, confirming that performance differences are attributable to management quality rather than differences in risk exposure.

**3M TDFs vs Comparator TDFs**
**Standard Deviation (3-Year)**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 10.71 | 8.20 | 9.12 | 9.90 | 10.53 | 10.96 | 11.16 | 11.19 | 11.20 |
| Putnam | ** | 7.10 | 8.37 | 9.16 | 9.73 | 10.23 | 10.67 | 11.07 | 11.27 |
| Voya | 10.48 | 9.05 | 9.90 | 10.66 | 11.10 | 11.36 | 11.40 | 11.41 | 11.48 |
| BlackRock | 11.80 | 9.18 | 9.93 | 10.75 | 11.39 | 12.11 | 12.16 | 12.17 | 12.27 |
| T. Rowe | 7.77 | 8.74 | 9.71 | 10.38 | 10.83 | 10.94 | 11.03 | 11.00 | 11.00 |
| Fidelity | 8.87 | 9.28 | 10.07 | 11.03 | 11.42 | 11.43 | 11.42 | 11.44 | 11.41 |
| Comp. Avg. | 9.73 | 8.67 | 9.6 | 10.4 | 10.89 | 11.21 | 11.34 | 11.42 | 11.49 |
| 3M v. Avg. | 0.98 | -0.47 | -0.48 | -0.5 | -0.36 | -0.25 | -0.18 | -0.23 | -0.29 |

**3M TDFs vs Comparator TDFs**
**Standard Deviation (5-Year)**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 11.22 | 10.46 | 11.67 | 12.67 | 13.45 | 13.96 | 14.19 | 14.19 | 14.21 |
| Putnam | ** | 8.83 | 10.36 | 11.40 | 12.09 | 12.72 | 13.26 | 13.72 | N/A |
| Voya | 10.65 | 10.98 | 12.04 | 13.01 | 13.62 | 13.85 | 13.93 | 14.02 | 14.02 |
| BlackRock | 11.96 | 10.85 | 11.83 | 12.96 | 13.77 | 14.47 | 14.56 | 14.53 | 14.62 |
| T. Rowe | 9.66 | 10.82 | 11.94 | 12.80 | 13.28 | 13.42 | 13.48 | 13.48 | 13.52 |
| Fidelity | 10.50 | 11.02 | 12.21 | 13.43 | 13.70 | 13.73 | 13.70 | 13.74 | 13.7 |
| Comp. Avg. | 10.69 | 10.5 | 11.68 | 12.72 | 13.29 | 13.64 | 13.79 | 13.9 | 13.97 |
| 3M v. Avg. | 0.53 | -0.04 | -0.01 | -0.05 | 0.16 | 0.32 | 0.4 | 0.29 | 0.24 |

**3M TDFs vs Comparator TDFs**
**Standard Deviation (10-Year)**

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M | 9.38 | 10.62 | 11.86 | 12.86 | 13.65 | 14.15 | 14.34 | 14.35 | ** |
| Putnam | ** | 9.30 | 10.88 | 11.99 | 12.67 | 13.31 | 13.88 | N/A | ** |
| Voya | 10.14 | 11.13 | 12.27 | 13.21 | 13.88 | 14.09 | 14.19 | 14.27 | ** |
| BlackRock | 9.82 | 11.08 | 12.24 | 13.55 | 14.31 | 14.72 | 14.73 | N/A | ** |
| T. Rowe | 10.32 | 11.42 | 12.41 | 13.19 | 13.67 | 13.75 | 13.77 | 13.77 | ** |
| Fidelity | 10.19 | 11.21 | 12.79 | 13.80 | 13.93 | 13.94 | 13.94 | 13.94 | ** |
| Comp. Avg. | 10.12 | 10.83 | 12.12 | 13.15 | 13.69 | 13.96 | 14.1 | 13.99 | N/A |

| Fund Family | Vintage Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
| 3M v. Avg. | -0.74 | -0.21 | -0.26 | -0.29 | -0.04 | 0.19 | 0.24 | 0.36 | N/A |

178.    The Standard Deviation data confirms that the 3M TDFs and the Comparator TDFs carry comparable levels of investment risk.  Across the 3-year measurement period, the 3M TDFs' Standard Deviations closely track the TDF Comparator averages, with differences typically within just *1 percentage point or less* at most vintages.  At the longer-dated vintages (2045 through 2065), the 3M TDFs' 3-year Standard Deviations are within approximately -0.3 to +0.3 percentage points of the Comparator TDF average.

179.    This comparability holds across the 5-year and 10-year periods as well.  The 3M TDFs' 5-year Standard Deviations are within approximately 0.2 to 0.5 percentage points of the Comparator TDF average at most vintages, and the 10-year standard deviations are similarly aligned (ranging from -0.74 to +0.36 percentage points of the Comparator TDF average).  Such differences are facially within the range of normal variation among funds with similar investment objectives.

* * *

180.    The combination of the Standard Deviation and Sharpe Ratio data delivers a clear and unequivocal conclusion: the 3M TDFs carry substantially the same level of risk as the Comparator TDFs, but, as demonstrated *infra*, deliver inferior returns.  The 3M TDFs are not underperforming because they are taking less risk; they are underperforming because they are being poorly managed.

181.    ERISA's duty of prudence requires fiduciaries to ensure that the investment options offered to plan participants deliver returns that are competitive with comparable

alternatives available in the market. The risk metrics presented herein demonstrate that such alternatives exist, that they carry comparable risk, and that they have consistently delivered superior risk-adjusted returns. The 3M TDFs' failure to keep pace with these comparators, despite assuming comparable levels of risk, is strong evidence that Defendants failed to exercise the care, skill, prudence, and diligence that ERISA demands.

182. In sum, the data presented in this VII.C demonstrates that the Comparator TDFs are meaningful benchmarks for evaluating the performance of the 3M TDFs. Plaintiffs have plausibly alleged the 3M TDFs and the five comparator families: (A) should be compared using a dual methodology that matches both stated and actual glide paths; (B) share similar total equity allocations; (C) maintain similar U.S. Equity, Non-U.S. Equity, and Fixed Income allocations; (D) invest in similar sectors in similar proportions; (E) share identical Morningstar Equity Style Box classifications (Large Blend); and (F) carry comparable risk as measured by Standard Deviation and Sharpe Ratio. These Comparator Funds are not cherry-picked outliers. They are mainstream TDF families offered by the largest asset managers in the defined-contribution retirement market, and they provide the precise kind of apples-to-apples comparison that permits evaluation of whether the 3M TDFs' performance was the product of prudent management. As demonstrated *infra*, the data shows it was not.

### D.   Defendants' Disclosure Failures Cannot Defeat Comparability

183. As discussed, the Current 3M TDF Fact Sheets (purporting to contain data through December 2025) contain demonstrably erroneous portfolio composition data, reporting 0.00% U.S. Equity and identical holdings counts across all TDF vintages. This

means that the most recent period for which Plaintiffs can obtain plausible allocation data from Defendants' own disclosures is September 30, 2024 (more than 18 months ago). Plaintiffs have been unable to analyze the 3M TDFs' actual allocations using 2025, 2026, or data from any other point in time, because the only disclosures available to participants for those periods are the erroneous Current 3M TDF Fact Sheets.

184.    This data gap is not of Plaintiffs' making.  It is a direct consequence of Defendants' failure to maintain accurate participant disclosures.  Such failure itself constitutes a breach of fiduciary duty, as alleged herein.  Defendants cannot be permitted to benefit from this failure by arguing that Plaintiffs' comparisons are imprecise or outdated.  The reality is, Plaintiffs have effectively used all available data to plausibly allege comparability and underperformance; Defendants should not be permitted to defeat meaningful judicial review by pointing to the symptoms of their own fiduciary failures and lack of transparency.

185.    More broadly, Defendants should not be permitted to use their opaque investment structures—including using CITs that are not subject to public disclosure requirements, custom benchmarks that are never defined, and 3M TDF Fact Sheets that are riddled with errors—to escape judicial review of their investment management. Defendants have constructed an information environment in which further pinpoint comparability is virtually impossible.

186.    ERISA's duty of prudence does not reward opacity; it demands accountability.  Where a fiduciary's own failures have made any cleaner comparability unattainable, the Court should evaluate the comparisons that are possible using the data the

fiduciary chose to disclose—and should draw appropriate inferences from the fiduciary's decision to withhold or corrupt the rest.

187.    In short, Plaintiffs have alleged meaningful comparators, and have certainly "alleged enough to demonstrate" they are "comparing apples to apples and not apples to oranges." *McGeathy v. Reinalt-Thomas Corp.*, No. CV-25-01439-PHX-DLR, 2026 WL 617343, at *3 (D. Ariz. Mar. 5, 2026).[28]    A finding that the allegations herein are insufficient to demonstrate comparability would be akin to requiring "a plaintiff alleging imprudence to not just compare apples to apples but only Gala apples to Gala apples and Fuji apples to Fuji apples." *Id.*  That is not the law in this, or any Circuit.  In *Matousek*, the Eighth Circuit did not create stringent bright-line requirements to allege a "meaningful benchmark," but clarified that, as before, Plaintiffs must only allege "sound basis for comparison—a meaningful benchmark…. ***[T]here is no one-size-fits-all approach***…. Nudging the complaint past the plausibility threshold depends on the ***totality of the specific allegations***."  51 F.4th at 279-81 (emphasis added).

---

[28]    The Ninth Circuit has adopted the same "meaningful benchmark" standard set forth in *Matousek*.  *See Anderson v. Intel Corp. Investment Pol'y Comm.*, 137 F.4th 1015, 1021 (9th Cir. 2025).

## VIII. Defendants Breached Their Fiduciary Duty of Prudence

### A. Fiduciary Duties Under ERISA

#### 1. Fiduciary Duties of Prudence and Loyalty

188. Under ERISA, in addition to named fiduciaries, any other persons who perform fiduciary functions are treated as fiduciaries. *See* 29 U.S.C. § 1002(21)(A); 29 U.S.C. § 1102(a)(1).

189. ERISA imposes strict fiduciary duties of prudence and loyalty upon retirement plan fiduciaries. 29 U.S.C. § 1104(a). These duties apply to all fiduciary acts, including the Defendants' retention of investment options for the Plans. ERISA's duty of prudence requires fiduciaries to discharge their responsibilities "with the care, skill, prudence, and diligence" that a prudent person "acting in a like capacity and familiar with such matters would use." 29 U.S.C. §1104(a)(1)(B).

190. Importantly, the fact that participants may direct the investment of their contributions in a defined contribution plan account "does not serve to relieve a fiduciary from its duty to prudently select and monitor any … designated investment alternative offered under the plan." 29 C.F.R. § 2550.404c-1(d)(2)(iv).

191. Fiduciaries have "a continuing duty to monitor [Plan] investments and remove imprudent ones" that exist "separate and apart from the [fiduciaries'] duty to exercise prudence in selecting investments." *Tibble v. Edison Int'l*, 575 U.S. 523, 529 (2015). Prudence requires a review at "regular intervals." *Id.*

192. "A plaintiff may allege that a fiduciary breached the duty of prudence by failing to properly monitor investments and remove imprudent ones." *Id.* at 530. If

- 82 -

"fiduciaries fail to remove an imprudent investment from the plan within a reasonable time, they breach their duty." *Hughes v. Nw. Univ.*, 595 U.S. 170, 176 (2022) (citing *Tibble*, 575 U.S. at 529-30).

193.  When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the entire universe of TDFs available based on qualitative and quantitative metrics, such as trailing 3, 5 and 10-year performance relative peer benchmarks.

## 2.  Prohibited Transactions Under ERISA

194.  "Section 1106 [of ERISA] further 'supplements the fiduciary's general duty of loyalty to the plan's beneficiaries … by categorically barring certain transactions deemed 'likely to injure the pension plan.'" *Cunningham v. Cornell Univ.*, 604 U.S. 693, 697 (2025) (quoting *Harris Tr. & Sav. Bank v. Salomon Smith Barney Inc.*, 530 U.S. 238, 241-42 (2000)).  Section 1106(a) bars a fiduciary from, *inter alia*, "'caus[ing] the plan to engage in a transaction, if he knows or should know that such transaction constitutes a direct or indirect … furnishing of goods, services, or facilities between the plan and a party in interest.'" *Id.* (quoting 29 U.S.C. § 1106(a)(1)(C)).

195.  A "party in interest" is defined to "include various plan insiders, including the plan's administrator, sponsor, and its officers, as well as entities 'providing services to [the] plan.'" *Id.* (quoting 29 U.S.C. § 1002(14)).

196.  Section 1106(b) further bars certain transactions between a fiduciary and a plan: "A fiduciary with respect to a plan shall not—(1) deal with the assets of the plan in his own interest or for his own account; (2) in his individual or in any other capacity act in

any transaction involving the plan on behalf of a party (or represent a party) whose interests are adverse to the interests of the plan or the interests of its participants or beneficiaries, or (3) receive any consideration for his own personal account from any party dealing with such plan in connection with a transaction involving the assets of the plan." 29 U.S.C. § 1106(b).

### 3. Fiduciary Liability Under ERISA

197.   Under 29 U.S.C. § 1109, fiduciaries to the Plans are personally liable to make good to the Plans any harm caused by their breaches of fiduciary duty. Section 1109(a) provides in relevant part:

> Any person who is a fiduciary with respect to a plan who breaches any of the responsibilities, obligations, or duties imposed upon fiduciaries by this subchapter shall be personally liable to make good to such plan any losses to the plan resulting from each such breach, and to restore to such plan any profits of such fiduciary which have been made through use of assets of the plan by the fiduciary, and shall be subject to such other equitable or remedial relief as the court may deem appropriate, including removal of such fiduciary.

### 4. Co-fiduciary Liability

198.   ERISA also imposes co-fiduciary liability where a plan fiduciary knowingly participates in, or knowingly fails to cure, a breach by another fiduciary. Specifically, under 29 U.S.C. § 1105(a), a fiduciary shall be liable for a breach of fiduciary duty of another fiduciary if:

> 1. he participates knowingly in, or knowingly undertakes to conceal, an act or omission of such other fiduciary, knowing such act or omission is a breach;
>
> 2. if, by his failure to comply with section 1104(a)(1) of this title in the administration of his specific responsibilities which give rise

to his status as a fiduciary, he has enabled such other fiduciary to commit a breach; or

3.  if he has knowledge of a breach by such other fiduciary, unless he makes reasonable efforts under the circumstances to remedy the breach.

**B.      The 3M TDF Series Consistently Underperformed as Compared to the Meaningful Benchmarks**

199.    As detailed below, the vintages of the 3M TDF Series at issue have underperformed their peer Comparator Funds by significant margins.

1.  The 3M 2025 Vintage

200.    The 3M 2025 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014.  Table 1.a below illustrates the 2025 3M TDF vintage's performance as compared to the 2025 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2024; (ii) 3-year trailing returns for the years 2016-2023; (iii) 5-year trailing returns for the years 2016-2024; and (iv) 10-year trailing returns for the years 2023-2024:

Table 1.a
**3M 2025 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the 2025 Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| **3M** | 4.73 | -1.71 | 6.94 | 14.09 | -5.77 | 19.04 | 13.29 | 9.49 | -14.27 | 12.39 | 7.7 |
| **Fidelity** | *5.63*[29] | *-0.16* | *7.47* | *16.97* | -5.78 | 19.72 | 14.87 | 10.29 | -16.54 | 14.44 | 8.48 |
| **T. Rowe** | 5.99 | -0.14 | 7.66 | 17.75 | -5.55 | 21.2 | 14.83 | 11.8 | -15.55 | 14.73 | 9.9 |
| **Putnam** | 9.24 | 0.89 | 6.79 | 13.09 | -5.16 | 14.99 | 10.31 | 7.09 | -12.73 | 11.47 | 9.92 |

---

[29]     In the charts within the VIII.B.1-10, *italics* indicate Extended Performance.  Extended performance is used when actual performance data is unavailable.  It is an estimate based on the performance of the investment's oldest share class available, adjusted for fees.

| Fund | Annual Performance | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| **BlackRock** | 5.23 | -1.92 | 6.79 | 15.45 | -4.66 | 19.46 | 12.87 | 8.82 | -15.28 | 13.07 | -[30] |
| **Voya** | *5.46* | -0.42 | 6.31 | 15.33 | -5.39 | 18.34 | 13.1 | 11.43 | -16.88 | 14.13 | 8.48 |
| ***Delta*** | -1.58 | -1.36 | -0.06 | -1.63 | -0.46 | 0.3 | 0.09 | -0.4 | 1.13 | -1.18 | -1.7 |
| **Trailing 3** | - | - | -2.98 | -3.03 | -2.15 | -1.79 | -0.07 | -0.01 | 0.82 | -0.46 | -1.76 |
| **Trailing 5** | - | - | - | - | -5.0 | -3.19 | -1.76 | -2.09 | 0.65 | -0.07 | -2.06 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -5.07 | -5.18 |

201.    Table 1.b below illustrates the 2025 3M TDF vintage's cumulative compounded performance as compared to the 2025 vintages of the Comparator Funds and the 2025 BlackRock LifePath Index:

Table 1.b
**3M 2025 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2024 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M TDF** | 81.34 | N/A |
| **Fidelity** | 96.30 | -14.96 |
| **T. Rowe** | 109.97 | -28.63 |
| **Putnam** | 83.36 | -2.02 |
| **BlackRock** | N/A | N/A[31] |
| **Voya** | 88.36 | -7.02 |
| ***Delta*** | 94.5 | -13.16 |
| **LifePath Index** | 78.4 | 2.94 |

---

[30]    Closed September 30, 2024.

[31]    The BlackRock TDF closed in 2024 and thus, the 2014-2024 performance cannot be compared.  That said, as compared to the 2025 BlackRock TDF, the 3M TDFs underperformed for the shorter period (2014-2023) by approximately 4%, and as compared to the average of the Comparator TDFs for that same period, by approximately 8%.

202. At the start of 2025, the assets in the 3M 2025 TDF had an approximate value of $564.5 million.[32] Assuming that amount resulted from a cumulative compound growth of 81.34%, the original amount in 2014 would have been approximately $311 million. Had $311 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $605 million (or an increase in value for participants of approximately $40.4 million).

203. The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2025 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

204. A prudent fiduciary monitoring the 2025 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 1.a and Table 1.b.

205. When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors. A prudent fiduciary could not have reasonably concluded that retention of the 2025 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

---

[32] Because, as discussed, the data from the Current 3M TDF Fact Sheets is unreliable, Plaintiffs use the approximate assets from the September 30, 2024 TDF Fact Sheets for this and similar calculations.

2.  The 3M 2030 Vintage

206.    The 3M 2030 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014.  Table 2.a below illustrates the 2030 3M TDF vintage's performance as compared to the 2030 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 2.a
**3M 2030 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| **Fund** | **Annual Performance** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 4.57 | -2.0 | 7.32 | 16.37 | -6.79 | 21.04 | 13.97 | 12.03 | -15.41 | 14.84 | 9.8 | 15.13 |
| **Fidelity** | *5.67* | *-0.16* | *8.13* | *20.0* | -6.83 | 22.06 | 15.84 | 11.69 | -16.77 | 15.72 | 9.51 | 17.95 |
| **T. Rowe** | 6.2 | 0.13 | 7.77 | 19.58 | -6.13 | 22.7 | 16.06 | 13.45 | -16.83 | 16.56 | 10.92 | 14.57 |
| **Putnam** | 9.52 | 0.72 | 7.43 | 16.37 | -6.59 | 17.8 | 12.32 | 12.26 | -14.01 | 14.84 | 12.37 | 11.96 |
| **BlackRock** | *5.32* | *-2.05* | *7.24* | *17.67* | *-5.48* | *22.07* | 13.05 | 11.46 | -15.83 | 15.38 | 10.28 | 13.6 |
| **Voya** | *6.11* | *-0.65* | *6.77* | *17.33* | -6.73 | 20.66 | 14.6 | 13.42 | -17.39 | 15.73 | 10.85 | 15.36 |
| ***Delta*** | -1.99 | -1.6 | -0.15 | -1.82 | -0.44 | -0.02 | -0.4 | -0.43 | 0.76 | -0.81 | -0.99 | 0.44 |
| **Trailing 3** | - | - | -3.7 | -3.53 | -2.39 | -2.27 | -0.86 | -0.85 | -0.08 | -0.48 | -1.04 | -1.35 |
| **Trailing 5** | - | - | - | - | -5.87 | -3.97 | -2.81 | -3.08 | -0.53 | -0.9 | -1.86 | -1.03 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -6.72 | -5.76 | -3.8 |

207.    Table 2.b below illustrates the 2030 3M TDF vintage's cumulative compounded performance as compared to the 2030 vintages of the Comparator Funds and the 2030 BlackRock LifePath Index:

Table 2.b
**3M 2030 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 126.4 | N/A |
| **Fidelity** | 150.58 | -24.18 |
| **T. Rowe** | 156.04 | -29.64 |
| **Putnam** | 137.71 | -11.31 |
| **BlackRock** | 130.22 | -3.83 |
| **Voya** | 136.17 | -9.77 |
| ***Delta*** | 142.15 | -15.75 |
| **LifePath Index** | 121.89 | 4.51 |

208. At the start of 2025, the assets in the 3M 2030 TDF had an approximate value of $758.9 million. Assuming that amount resulted from a cumulative compound growth of 126.4%, the original amount in 2014 would have been approximately $335.2 million. Had $335.2 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $812 million (or an increase in value for participants of approximately $53 million).

209. The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2030 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

210. A prudent fiduciary monitoring the 2030 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 2.a and Table 2.b.

211.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2030 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

3.  The 3M 2035 Vintage

212.    The 3M 2035 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014.  Table 3.a below illustrates the 2035 3M TDF vintage's performance as compared to the 2035 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 3.a
**3M 2035 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 4.37 | -2.19 | 7.72 | *18.41* | -7.63 | 22.69 | 14.33 | 14.02 | -16.37 | 16.82 | 11.59 | 17.11 |
| **Fidelity** | *5.75* | *-0.21* | *8.63* | *22.20* | -8.15 | 24.74 | 17.41 | 14.56 | -17.51 | 18.06 | 11.33 | 19.56 |
| **T. Rowe** | 6.22 | 0.26 | 7.81 | 21.00 | -6.69 | 23.99 | 17.22 | 15.02 | -17.77 | 18.43 | 12.19 | 16.36 |
| **Putnam** | 9.71 | 0.64 | 8.00 | 18.78 | -7.84 | 19.77 | 13.82 | 15.00 | -15.01 | 18.26 | 16.16 | 14.76 |
| **BlackRock** | 5.51 | -2.15 | 7.61 | 19.51 | -6.42 | 23.66 | 13.89 | 13.69 | -16.56 | 17.25 | 11.78 | 15.28 |
| **Voya** | *5.58* | *-1.04* | *6.98* | *19.12* | *-7.45* | 22.38 | 15.78 | 15.52 | -17.98 | 17.64 | 12.35 | 17.16 |
| ***Delta*** | -2.18 | -1.69 | -0.09 | -1.71 | -0.32 | -0.22 | -1.29 | -0.74 | 0.60 | -1.11 | -1.17 | 0.49 |
| **Trailing 3** | - | - | -3.92 | -3.46 | -2.11 | -2.24 | -1.82 | -2.24 | -1.44 | -1.25 | -1.69 | -1.79 |
| **Trailing 5** | - | - | - | - | -5.87 | -3.98 | -3.59 | -4.22 | -1.97 | -2.74 | -3.67 | -1.94 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -8.45 | -7.50 | -5.46 |

- 90 -

213.   Table 3.b below illustrates the 2035 3M TDF vintage's cumulative compounded performance as compared to the 2035 vintages of the Comparator Funds and the 2035 BlackRock LifePath Index:

Table 3.b
**3M 2035 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
| --- | --- | --- |
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 145.6 | N/A |
| **Fidelity** | 179.84 | -34.25 |
| **T. Rowe** | 175.5 | -29.90 |
| **Putnam** | 174.19 | -28.59 |
| **BlackRock** | 150.83 | -5.23 |
| **Voya** | 156.17 | -10.58 |
| ***Delta*** | 167.3 | -21.71 |
| **LifePath Index** | 143.96 | 1.64 |

214.   At the start of 2025, the assets in the 3M 2035 TDF had an approximate value of $734.6 million.  Assuming that amount resulted from a cumulative compound growth of 145.6%, the original amount in 2014 would have been approximately $299.1 million. Had $299.1 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $800 million (or an increase in value for participants of approximately $65.4 million).

215.   The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2035 3M TDF vintage and compared its performance to the corresponding vintage of the Comparator TDFs.

216.    A prudent fiduciary monitoring the 2035 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 3.a and Table 3.b.

217.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2035 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

4.  The 3M 2040 Vintage

218.    The 3M 2040 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014.  Table 4.a below illustrates the 2040 3M TDF vintage's performance as compared to the 2040 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 4.a
**3M 2040 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 4.20 | -2.49 | 8.09 | 19.93 | -8.31 | 23.97 | 14.51 | 15.67 | -17.15 | 18.42 | 13.01 | 18.66 |
| **Fidelity** | *5.71* | *-0.18* | *8.6* | *22.42* | *-8.75* | *25.7* | 18.53 | 16.7 | -18.06 | 20.26 | 13.61 | 22.34 |
| **T. Rowe** | 6.36 | 0.26 | 7.85 | 22.13 | -7.04 | 24.95 | 18.31 | 16.3 | -18.55 | 19.93 | 13.4 | 17.67 |
| **Putnam** | 10.01 | 0.64 | 8.17 | 19.94 | -8.56 | 21.26 | 15.05 | 16.77 | -15.76 | 20.17 | 18.08 | 16.86 |
| **BlackRock** | *5.48* | *-2.29* | *7.97* | *21.44* | *-7.49* | *25.72* | 13.98 | 16.04 | -17.09 | 19.23 | 13.93 | 16.88 |
| **Voya** | *6.08* | *-1.08* | *7.53* | 20.14 | -8.24 | 23.66 | 17.15 | 17.7 | -18.37 | 19.29 | 13.72 | 19.16 |

| Fund | Annual Performance | | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| *Delta* | -2.53 | -1.96 | 0.07 | -1.28 | -0.29 | -0.29 | -2.09 | -1.03 | 0.42 | -1.36 | -1.54 | 0.08 |
| Trailing 3 | - | - | -4.38 | -3.15 | -1.51 | -1.86 | -2.66 | -3.38 | -2.7 | -1.97 | -2.47 | -2.8 |
| Trailing 5 | - | - | - | - | -5.88 | -3.72 | -3.85 | -4.9 | -3.27 | -4.3 | -5.5 | -3.4 |
| Trailing 10 | - | - | - | - | - | - | - | - | - | -9.93 | -9.01 | -7.12 |

219.   Table 4.b below illustrates the 2040 3M TDF vintage's cumulative compounded performance as compared to the 2040 vintages of the Comparator Funds and the 2040 BlackRock LifePath Index:

Table 4.b
**3M 2040 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
|------|------|------|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 160.90 | N/A |
| **Fidelity** | 204.85 | -43.95 |
| **T. Rowe** | 192.60 | -31.71 |
| **Putnam** | 198.88 | -37.98 |
| **BlackRock** | 173.64 | -12.74 |
| **Voya** | 179.87 | -18.97 |
| *Delta* | 189.97 | -29.07 |
| **LifePath Index** | 165.46 | -4.56 |

220.   At the start of 2025, the assets in the 3M 2040 TDF had an approximate value of $568.4 million.  Assuming that amount resulted from a cumulative compound growth of 160.9%, the original amount in 2014 would have been approximately $218 million.  Had $218 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $632 million (or an increase in value for participants of approximately $63.7 million).

- 93 -

221. The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2040 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

222. A prudent fiduciary monitoring the 2040 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 4.a and Table 4.b.

223. When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors. A prudent fiduciary could not have reasonably concluded that retention of the 2040 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

### 5. The 3M 2045 Vintage

224. The 3M 2045 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014. Table 5.a below illustrates the 2045 3M TDF vintage's performance as compared to the 2045 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 5.a
**3M 2045 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **3M** | 4.12 | -2.66 | 8.32 | 20.94 | -8.89 | 25.0 | 14.63 | 16.8 | -17.77 | 19.64 | 14.2 | 19.99 |
| **Fidelity** | *5.79* | *-0.16* | *8.57* | *22.5* | *-8.74* | 25.76 | 18.46 | 16.78 | -18.12 | 20.91 | 14.4 | 24.07 |
| **T. Rowe** | 6.44 | 0.26 | 7.91 | 22.54 | -7.26 | 25.59 | 18.82 | 17.22 | -18.74 | 20.83 | 14.22 | 18.79 |
| **Putnam** | 10.25 | 0.72 | 8.13 | 20.73 | -8.77 | 22.0 | 15.75 | 17.74 | -16.26 | 21.47 | 19.4 | 18.51 |
| **BlackRock** | *5.66* | *-2.37* | *8.14* | *22.29* | *-8.18* | 26.38 | 14.31 | 17.61 | -17.68 | 20.98 | 15.51 | 18.47 |
| **Voya** | *6.2* | *-1.04* | *7.49* | *20.86* | *-9.09* | 24.81 | 17.6 | 19.02 | -18.53 | 20.16 | 14.91 | 20.19 |
| ***Delta*** | -2.75 | -2.14 | 0.27 | -0.84 | -0.48 | 0.09 | -2.36 | -0.87 | 0.1 | -1.23 | -1.49 | -0.02 |
| **Trailing 3** | - | - | -4.57 | -2.7 | -1.05 | -1.23 | -2.74 | -3.12 | -3.12 | -2.0 | -2.61 | -2.71 |
| **Trailing 5** | - | - | - | - | -5.83 | -3.08 | -3.3 | -4.4 | -3.5 | -4.22 | -5.74 | -3.47 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -9.81 | -8.64 | -6.66 |

225. Table 5.b below illustrates the 2045 3M TDF vintage's cumulative compounded performance as compared to the 2045 vintages of the Comparator Funds and the 2045 BlackRock LifePath Index:

Table 5.b
**3M 2045 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 172.92 | N/A |
| **Fidelity** | 213.39 | -40.47 |
| **T. Rowe** | 204.97 | -32.05 |
| **Putnam** | 216.49 | -43.57 |
| **BlackRock** | 190.06 | -17.13 |
| **Voya** | 193.16 | -20.24 |
| ***Delta*** | 203.61 | -30.69 |
| **LifePath Index** | 184.97 | -12.05 |

226.    At the start of 2025, the assets in the 3M 2045 TDF had an approximate value of $464.89 million.  Assuming that amount resulted from a cumulative compound growth of 172.92%, the original amount in 2014 would have been approximately $170.34 million.  Had $170.34 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $517 million (or an increase in value for participants of approximately $52.28 million).

227.    The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2045 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

228.    A prudent fiduciary monitoring the 2045 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 5.a and Table 5.b.

229.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2045 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

6.  The 3M 2050 Vintage

230.    The 3M 2050 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014.  Table 6.a below illustrates the 2050 3M TDF vintage's performance as compared to  the 2050 vintages of the Comparator TDFs

based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 6.a
**3M 2050 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 4.09 | -2.73 | 8.38 | 21.34 | -9.21 | 25.62 | 14.74 | 17.54 | -18.16 | 20.49 | 15.03 | 21.01 |
| **Fidelity** | *5.78* | *-0.24* | *8.63* | *22.57* | *-8.74* | 25.65 | 18.48 | 16.79 | -18.1 | 20.87 | 14.44 | 24.05 |
| **T. Rowe** | 6.36 | 0.26 | 7.91 | 22.54 | -7.36 | 25.67 | 18.74 | 17.35 | -18.83 | 21.12 | 14.51 | 19.12 |
| **Putnam** | 10.48 | 0.71 | 8.17 | 21.51 | -8.94 | 22.69 | 16.16 | 18.61 | -16.81 | 22.75 | 20.23 | 19.36 |
| **BlackRock** | *5.73* | *-2.46* | 8.19 | 22.85 | -8.32 | 26.46 | 14.8 | 18.15 | -18.71 | 22.02 | 16.46 | 20.05 |
| **Voya** | *6.14* | *-1.05* | *7.51* | *21.07* | *-9.38* | 25.18 | 17.38 | 18.9 | -18.7 | 20.51 | 15.38 | 20.78 |
| ***Delta*** | -2.81 | -2.17 | 0.3 | -0.77 | -0.66 | 0.49 | -2.37 | -0.42 | 0.07 | -0.96 | -1.17 | 0.34 |
| **Trailing 3** | - | - | -4.64 | -2.64 | -1.13 | -0.94 | -2.54 | -2.31 | -2.71 | -1.31 | -2.06 | -1.8 |
| **Trailing 5** | - | - | - | - | -6.00 | -2.81 | -3.00 | -3.7 | -2.88 | -3.18 | -4.78 | -2.14 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -8.99 | -7.46 | -5.08 |

231.   Table 6.b below illustrates the 2050 3M TDF vintage's cumulative compounded performance as compared to the 2050 vintages of the Comparator Funds and the 2050 BlackRock LifePath Index:

Table 6.b
**3M 2050 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 181.12 | N/A |
| **Fidelity** | 213.30 | -32.19 |
| **T. Rowe** | 206.76 | -25.64 |
| **Putnam** | 229.88 | -48.76 |
| **BlackRock** | 198.92 | -17.80 |

- 97 -

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **Voya** | 195.50 | -14.38 |
| *Delta* | 208.87 | -27.75 |
| **LifePath Index** | 198.83 | -17.71 |

232. At the start of 2025, the assets in the 3M 2050 TDF had an approximate value of $405.85 million. Assuming that amount resulted from a cumulative compound growth of 181.12%, the original amount in 2014 would have been approximately $144.37 million. Had $144.37 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $446 million (or an increase in value for participants of approximately $40.15 million).

233. The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2050 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

234. A prudent fiduciary monitoring the 2050 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 6.a and Table 6.b.

235. When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors. A

- 98 -

prudent fiduciary could not have reasonably concluded that retention of the 2050 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

### 7. The 3M 2055 Vintage

236. The 3M 2055 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2014. Table 7.a below illustrates the 2055 3M TDF vintage's performance as compared to the 2055 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2014-2025; (ii) 3-year trailing returns for the years 2016-2025; (iii) 5-year trailing returns for the years 2018-2025; and (iv) 10-year trailing returns for the years 2023-2025:

Table 7.a
**3M 2055 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 3.99 | -2.72 | 8.34 | 21.39 | -9.3 | 25.82 | 14.94 | 17.77 | -18.3 | 20.88 | 15.45 | 21.57 |
| **Fidelity** | 5.75 | -0.2 | 8.56 | 22.4 | -8.68 | 25.67 | 18.46 | 16.77 | -18.07 | 20.85 | 14.43 | 24.06 |
| **T. Rowe** | 6.38 | 0.33 | 7.86 | 22.64 | -7.36 | 25.65 | 18.73 | 17.37 | -18.92 | 21.2 | 14.6 | 19.26 |
| **Putnam** | 10.58 | 0.68 | 8.28 | 22.14 | -8.99 | 23.18 | 16.58 | 19.47 | -17.22 | 23.96 | 21.06 | 20.1 |
| **BlackRock** | 5.9 | -2.52 | 8.2 | 22.57 | -8.43 | 26.48 | 15.47 | 18.43 | -18.75 | 22.18 | 16.97 | 20.92 |
| **Voya** | 6.25 | -0.96 | 7.51 | 21.24 | -9.39 | 25.29 | 17.53 | 19.08 | -18.82 | 20.71 | 15.55 | 20.83 |
| **Delta** | -2.98 | -2.19 | 0.26 | -0.81 | -0.73 | 0.57 | -2.41 | -0.45 | 0.06 | -0.9 | -1.07 | 0.54 |
| **Trailing 3** | - | - | -4.86 | -2.73 | -1.28 | -0.98 | -2.58 | -2.31 | -2.80 | -1.29 | -1.91 | -1.44 |
| **Trailing 5** | - | - | - | - | -6.32 | -2.89 | -3.12 | -3.80 | -2.97 | -3.13 | -4.71 | -1.83 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -9.25 | -7.46 | -4.89 |

237. Table 7.b below illustrates the 2055 3M TDF vintage's cumulative compounded performance as compared to the 2055 vintages of the Comparator Funds and the 2055 BlackRock LifePath Index:

Table 7.b

**3M 2055 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2014 - 2025 | |
| --- | --- | --- |
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| 3M | 184.87 | N/A |
| Fidelity | 212.91 | -28.04 |
| T. Rowe | 207.58 | -22.71 |
| Putnam | 243.0 | -58.13 |
| BlackRock | 204.44 | -19.57 |
| Voya | 198.16 | -13.29 |
| *Delta* | 213.22 | -28.35 |
| LifePath Index | 204.1 | -19.23 |

238.  At the start of 2025, the assets in the 3M 2055 TDF had an approximate value of $283.3 million.  Assuming that amount resulted from a cumulative compound growth of 184.87%, the original amount in 2014 would have been approximately $99.5 million.  Had $99.5 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $312 million (or an increase in value for participants of approximately $28.7 million).

239.  The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2055 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

240.  A prudent fiduciary monitoring the 2055 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 7.a and Table 7.b.

241.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2055 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

### 8.  The 3M 2060 Vintage

242.    The 3M 2060 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2016.  Table 8.a below illustrates the 2060 3M TDF vintage's performance as compared to the 2060 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2016-2025; (ii) 3-year trailing returns for the years 2018-2025; (iii) 5-year trailing returns for the years 2020-2025; and (iv) 10-year trailing return for the year 2025:

Table 8.a
**3M 2060 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the Comparator TDFs

| Fund | Annual Performance | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **3M** | 8.25 | 21.36 | -9.3 | 25.8 | 14.93 | 17.75 | -18.31 | 20.93 | 15.5 | 21.7 |
| **Fidelity** | *8.61* | *22.33* | *-8.69* | *25.6* | 18.53 | 16.71 | -18.09 | 20.87 | 14.39 | 24.13 |
| **T. Rowe** | 7.97 | 22.52 | -7.4 | 25.7 | 18.68 | 17.45 | -18.95 | 21.17 | 14.6 | 19.24 |
| **Putnam** | ** | 22.26 | -9.37 | 23.49 | 16.93 | 20.2 | -17.57 | 25.04 | 21.76 | 20.75 |
| **BlackRock** | ** | ** | -8.64 | 26.47 | 14.34 | 18.14 | -18.64 | 22.30 | 17.07 | 21.08 |
| **Voya** | *7.46* | *21.31* | *-9.46* | *25.28* | 17.82 | 19.33 | -18.83 | 20.77 | 15.54 | 20.91 |
| ***Delta*** | 0.24 | -0.75 | -0.59 | 0.49 | -2.33 | -0.62 | 0.11 | -1.10 | -1.17 | 0.48 |
| **Trailing 3** | - | - | -1.10 | -0.84 | -2.43 | -2.45 | -2.83 | -1.61 | -2.16 | -1.79 |
| **Trailing 5** | - | - | - | - | -2.92 | -3.75 | -2.92 | -3.42 | -5.02 | -2.29 |
| **Trailing 10** | - | - | - | - | - | - | - | - | - | -5.15 |

- 101 -

243.   Table 8.b below illustrates the 2060 3M TDF vintage's cumulative compounded performance as compared to the 2060 vintages of the Comparator Funds and the 2060 BlackRock LifePath Index:

Table 8.b
**3M 2060 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2016 - 2025 | |
| --- | --- | --- |
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 181.68 | N/A |
| **Fidelity** | 196.32 | -14.64 |
| **T. Rowe** | 188.03 | -6.35 |
| **Putnam** | - | - |
| **BlackRock** | - | - |
| **Voya** | 184.70 | -3.01 |
| **_Delta_** | 189.68 | -8.0[33] |
| **LifePath Index** | 192.79 | -11.11 |

244.   At the start of 2025, the assets in the 3M 2060 TDF had an approximate value of $231 million.  Assuming that amount resulted from a cumulative compound growth of 181.68%, the original amount in 2016 would have been approximately $82 million.  Had $82 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $238 million (or an increase in value for participants of approximately $6.56 million).

---

[33]   There is no performance data available for 2016 for the Putnam 2060 TDF or the 2016 and 2017 BlackRock 2060 TDFs.  Accordingly, these totals are not calculated here.  However, the 3M TDFs underperformed by similar amounts as compared to the Comparator TDFs' performance for a shorter period for which all data is available (2018-2024) by approximately -8.24%; the 3M TDFs similarly underperformed for the period 2018-2025 by approximately -4%.

245.    The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2060 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

246.    A prudent fiduciary monitoring the 2060 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 8.a and Table 8.b.

247.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2060 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

9.  The 3M 2065 Vintage

248.    The 3M 2065 TDF's underperformance has undermined the retirement savings of participants in the Plans since at least 2020.  Table 9.a below illustrates the 2065 3M TDF vintage's performance as compared to the 2065 vintages of the Comparator TDFs based on: (i) yearly returns for the years 2020-2025; (ii) 3-year trailing returns for the years 2022-2025; and (iii) 5-year trailing returns for the years 2024-2025:

Table 9.a
**3M 2065 TDF**
Annual and 3-Year, 5-Year, and 10-Year Trailing Returns vs. the 2065 Comparator TDFs

| Fund | Annual Performance | | | | | |
|------|------|------|------|------|------|------|
|      | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **3M** | 14.95 | 17.78 | -18.32 | 20.94 | 15.51 | 21.74 |

| Fund | Annual Performance | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **Fidelity** | 18.33 | 16.75 | -18.04 | 20.78 | 14.43 | 24.08 |
| **T. Rowe** | ** | 18.33 | -18.94 | 21.24 | 14.55 | 19.23 |
| **Putnam** | ** | ** | -17.61 | 25.47 | 22.13 | 21.25 |
| **BlackRock** | 13.99 | 18.42 | -18.55 | 22.39 | 16.50 | 21.02 |
| **Voya** | ** | *19.31* | -18.86 | 20.92 | 15.69 | 20.96 |
| ***Delta*** | -1.21 | -0.42 | 0.08 | -1.22 | -1.15 | 0.43 |
| **Trailing 3** | - | - | -1.55 | -1.56 | -2.28 | -1.93 |
| **Trailing 5** | - | - | - | - | -3.87 | -2.27 |

249.    Table 9.b below illustrates the 2065 3M TDF vintage's cumulative compounded performance as compared to the 2065 vintages of the Comparator Funds and the 2065 BlackRock LifePath Index:

Table 9.b
**3M 2065 TDF**
Cumulative Compounded Performance vs. the Comparator TDFs and LifePath Index

| Fund / Index | Cumulative Compounded Performance 2020 - 2025 | |
|---|---|---|
| | Cumulative Compound Performance | Underperformance vs. Comparator |
| **3M** | 88.07 | N/A |
| **Fidelity** | 94.17 | -6.01 |
| **T. Rowe** | ** | N/A |
| **Putnam** | ** | N/A |
| **BlackRock** | 89.73 | -1.66 |
| **Voya** | ** | N/A |
| ***Delta*** | 91.95 | -3.88[34] |
| **LifePath Index** | 92.32 | -4.25 |

---

[34]    There is no performance data available for 2020 for the T. Rowe Price 2065 TDF, for the 2020 or 2021 for the Putnam 2065 TDF, or for 2020 Voya 2065 TDF. Accordingly, these totals are not calculated here. However, the 3M TDFs underperformed by similar amounts as compared to the Comparator TDFs' average performance for a shorter period for which all data is available (2022-2025) by approximately -2.23%.

250.    At the start of 2025, the assets in the 3M 2065 TDF had an approximate value of $76.5 million.  Assuming that amount resulted from a cumulative compound growth of 88.07%, the original amount in 2020 would have been approximately $40.67 million.  Had $40.67 million been invested in one of the Comparator TDFs, its value at the start of 2025 would have been, on average, approximately $78.1 million (or an increase in value for participants of approximately $1.6 million).

251.    The foregoing return, 3, 5, and 10-year trailing return, and cumulative performance information is the information Defendants would have had available had they conducted a simple analysis evaluating the 2065 3M TDF vintage and compared its performance to the corresponding vintages of the Comparator TDFs.

252.    A prudent fiduciary monitoring the 2065 3M TDF vintage's performance would have compared the vintage's returns to one or more of the Comparator Funds identified in Table 9.a and Table 9.b.

253.    When considering whether to retain a certain suite of TDFs in a plan, a prudent fiduciary would evaluate the TDF's risk and return characteristics as compared to the entire universe of TDFs available based on qualitative and quantitative factors.  A prudent fiduciary could not have reasonably concluded that retention of the 2065 3M TDF vintage, or the 3M TDF Series as a whole, was appropriate for the Plans.

10. The 3M TDFs' Underperformance as Compared to the LifePath Indices

254.    As noted, the BlackRock LifePath Custom Index is a proprietary benchmark created by BlackRock specifically to evaluate the performance of its own LifePath target date fund series.  The 3M TDFs were modeled after the BlackRock LifePath series, they

are managed by a 3M subsidiary in coordination with BlackRock, and they bear the "LifePath" name.  The BlackRock LifePath Custom Index was purpose-built to measure performance of the 3M TDFs' purported strategy, establishing precisely the relationship the Court found absent with respect to the S&P Indices.  Because the 3M TDFs were initially intended to replicate the LifePath approach, the BlackRock LifePath Indices and the 3M TDFs also share "like composition," satisfying the further requirement the Court identified under *Matousek*.

255.   The following table presents the cumulative compounded *alpha*—i.e., the difference between the 3M TDFs' returns and the BlackRock LifePath Custom Index returns—over the maximum available measurement period for each vintage. A negative *alpha* indicates the 3M TDF underperformed its benchmark; a positive alpha indicates outperformance.[35]

Table 10.a
**3M TDFs Cumulative Compounded *Alpha* vs.
BlackRock LifePath Custom Index**

| TDF Vintage | Period | Index Return | Cumulative *Alpha* | Direction |
|---|---|---|---|---|
| 2025 | 2014–2024 | 78.40% | +2.94% | Outperformed |
| 2030 | 2014–2025 | 121.89% | +4.51% | Outperformed |
| 2035 | 2014–2025 | 143.96% | +1.64% | Outperformed |
| 2040 | 2014–2025 | 165.46% | -4.56% | Underperformed |
| 2045 | 2014–2025 | 184.97% | -12.05% | Underperformed |
| 2050 | 2014–2025 | 198.83% | -17.71% | Underperformed |
| 2055 | 2014–2025 | 204.10% | -19.23% | Underperformed |
| 2060 | 2016–2025 | 192.79% | -11.11% | Underperformed |
| 2065 | 2020–2025 | 92.32% | -4.25% | Underperformed |

---

[35]    This table consolidates information set forth in Tables 1.b-9.b, above.

256.    The data reveals a stark and consequential pattern.  The 3M TDFs in the 2040 through 2065 vintages (the funds serving participants in the critical accumulation phase of retirement saving) consistently and significantly underperformed the BlackRock LifePath Indices.  Measured on a cumulative compounded basis over the maximum available period, the underperformance ranges from -4.25% (2065 vintage, measured over its shorter 6-year history) to -19.23% (2055 vintage, measured over 12 years).  The 2050 vintage underperformed by -17.71%, the 2045 vintage by -12.05%, and the 2060 vintage by -11.11%.  These are not marginal shortfalls.  Rather, they represent substantial erosion of participant wealth during the period when compounding has its greatest effect on retirement outcomes.

257.    The accumulation stage (typically spanning the 20 to 40 years before a participant's target retirement date) is when a participant's assets are most heavily invested in equities with the goal of maximizing long-term growth.  This stage is arguably the most critical phase of retirement saving because of the compounding effect.  That is, each percentage point of underperformance during this period reduces not only the current year's returns but all future growth on those lost returns.  A participant invested in the 3M 2055 TDF, for example, has experienced cumulative underperformance of -19.23% relative to the benchmark specifically designed for the strategy the fund purports to follow.  That gap will compound over the remaining decades before retirement, amplifying the ultimate shortfall.

258.    By contrast, the 2025, 2030, and 2035 vintages (which are at or near their target dates and have substantially de-risked into capital preservation allocations), show

modest outperformance of +2.94%, +4.51%, and +1.64%, respectively. This pattern is consistent with, rather than contradictory to, the overall finding of imprudent management. Funds in or approaching the distribution phase should be overwhelmingly allocated to fixed income and stable value holdings, where the scope for both outperformance and underperformance is inherently narrower. That said, to reiterate, the performance that matters most to Plan participants is the performance during the decades when their balances are growing, not the final years when assets are being preserved.

C.    **Defendants Violated Their ERISA Fiduciary Duties by Failing to Timely Remove the Consistently Underperforming 3M TDF Series, Failing to Ensure the 3M TDFs' Actual Asset Allocations Followed the Plan's Official Glide Path, and Maintaining a Deficient Disclosure Regime**

259.    Each of the Defendants is, or during the Class Period was, a fiduciary of the Plans under ERISA. Accordingly, Defendants were obligated to vigorously and independently investigate the merits of each of the investment options available to the Plans, using prudent methods in conducting such investigation. 29 U.S.C. §1104(a)(1)(B).

260.    Defendants selected the 3M TDF Series as the only target date option on the Plans in approximately 2006. Since then, participants who wanted to invest in a target date strategy have had no choice other than to invest in the 3M TDF Series. Post-selection, as fiduciaries of the Plans, Defendants were responsible for monitoring the 3M TDF Series performance with the skill of a prudent expert to determine whether its investment performance was in line with a meaningful investment index and funds within a recognized peer universe.

261. As demonstrated, the 3M TDF Series have consistently underperformed their peer benchmarks on a trailing three-year basis for up to ten consecutive years (2016-2025), a trailing five-year basis for up to eight consecutive years (2018-2025), a trailing ten-year basis for up to three consecutive  years (2023-2025), and on a cumulative basis.

262. For example, if participants invested in 3M TDFs had invested their funds in one of the corresponding Comparator Funds in 2014, 2016, or 2020, by the start of 2025, those same amounts would have made, on average, approximately $352 million more than those same funds made invested in the 3M TDFs.[36]  Had Defendants fulfilled their duty with the care and skill of a prudent fiduciary, they would have seen in real-time that the 3M TDFs underperformed their benchmarks.  *See, e.g.*, *Snyder*, 2021 U.S. Dist. LEXIS 230878, at *12-13 (finding analyses as to indices and comparable benchmarks "bolster the plausible allegations of imprudence because they increase the likelihood that Defendants were aware, prior to and during the Class Period, that their funds were significantly inferior to other readily available investments in the marketplace").

263. Despite years of underperformance and a marketplace teeming with hundreds of better performing investment options, Defendants did not remove the 3M TDF Series from the Plans.

---

[36]    This is the sum of the calculations set forth in *supra* ¶¶ 202, 208, 214, 220, 226, 232, 238, 244, and 250.

264.    The Defendants' decision to retain the 3M TDF Series was as imprudent as it was injurious to the Plans and their participants.  Eight years of underperformance in comparison to peer benchmarks is difficult, if not impossible, to justify.

265.    Defendants breached their fiduciary duty of prudence by retaining the 3M TDF Series—resulting in a devastating impact on Plaintiffs' and their fellow participants' retirement accounts, simultaneously impairing the Plans' overall investment performance and wasting millions in retirement savings.

266.    Any fiduciary would have seen that the poor performance of the 3M TDF Series warranted the selection of a new target date option—particularly given that such underperformance was sustained for nearly a decade.  However, 3M appears to have had an additional interest in keeping these investment options in the Plans—its Investment Committee and/or subsidiary, 3M IMCO, served as an "investment advisor" to the 3M TDF Series funds and consequently receives substantial direct and indirect compensation for providing investment advice and management services to the Plans' participants.

267.    The Defendants' breaches have had a profound adverse effect on the Plans and their participants.  The overall breadth and depth of the 3M TDF Series' underperformance raises a plausible inference that 3M's selection and monitoring process was tainted by a lack of competency and/or complete failure of effort.

## CLASS ACTION ALLEGATIONS

268.    Plaintiffs bring this action as a class action on behalf of all participants and beneficiaries of the Plans pursuant to Federal Rule of Civil Procedure 23(a), (b)(1), (b)(2) and/or (b)(3).  Specifically, Plaintiffs bring this action on behalf of:

- 110 -

All participants and beneficiaries of the Plans who, from August 7, 2019 through the date of judgment, invested in one or more of the following nine vintages of the 3M TDF Series:
(1) 3M LifePath 2025;
(2) 3M LifePath 2030 Portfolio;
(3) 3M LifePath 2035 Portfolio;
(4) 3M LifePath 2040 Portfolio;
(5) 3M LifePath 2045 Portfolio;
(6) 3M LifePath 2050 Portfolio;
(7) 3M LifePath 2055 Portfolio;
(8) 3M LifePath 2060 Portfolio; and
(9) 3M LifePath 2065 Portfolio.

The Class excludes Defendants, any officers and directors of 3M, at all relevant times or employees with responsibility for the Plans' investment or administrative functions, and members of their immediate families, and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

269.    This action may be certified as a Class under Rule 23(a)(1) as the members of the Class are so numerous that joinder of all members is impracticable.  While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are approximately 58,000 members of the proposed Class.  Members of the Class may be identified from records maintained by 3M and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

270.    Plaintiffs' claims are typical of the claims of the members of the Class as Plaintiffs were each participants during the Class Period and all participants in the Plans were harmed by Defendants' misconduct.

271.    Plaintiffs will fairly and adequately protect the interests of the members of the Class as they each participated in the Plan during the Class Period, are committed to

vigorous representation of the Class, and have retained counsel competent and experienced in class litigation.  Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

272.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class because Defendants owed the same fiduciary duties to the Plan and all participants and beneficiaries and took a common course of actions and omissions as alleged herein as to the Plan, and not as to any individual participant, that affected all Class members through their participation in the Plan in the same way.  Among the questions of law and fact common to the Class are:

(a)    whether each of the Defendants are fiduciaries liable for the remedies provided by 29 U.S.C. §1109(a);

(b)    whether the fiduciaries of the Plans breached their fiduciary duties to the Plans by employing an imprudent process for monitoring and evaluating Plans' investment options;

(c)    whether the fiduciaries of the Plans breached their fiduciary duties to the Plans by failing to employ a prudent process for monitoring and evaluating Plans' investment performance and strategy;

(d)    whether the fiduciaries of the Plans breached their fiduciary duties to the Plans by using a flawed and deficient fiduciary process for monitoring and controlling the Plans' disclosures and failing to implement and maintain adequate processes for monitoring the accuracy of participant disclosures;

(e)      whether Plaintiffs' claims of an imprudent process require similar inquiries and proof of the claims and therefore implicate the same set of concerns for all proposed members of the Class;

(f)      whether Defendants caused the Plans to engage in prohibited transactions and unlawful self-dealing with respect to amounts and fees paid directly or indirectly to 3M in connection with Defendant 3M IMCO's work as "Investment Manager" or "Investment Advisor" to the Plans and/or the 3M TDFs;

(g)      what are the losses to the Plans resulting from each breach of fiduciary duty;

(h)      what Plan-wide equitable and other relief the Court should impose in light of Defendants' breach of duties; and

(i)      whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

273.    Certification under Rule 23(b)(1) is appropriate as prosecution of separate actions for these breaches of fiduciary duties by individual participants and beneficiaries would create the risk of inconsistent or varying adjudications that would establish incompatible standards of conduct for Defendants in respect to the discharge of their fiduciary duties to the Plan and personal liability to the Plan under 29 U.S.C. § 1109(a). Moreover, adjudications by individual participants and beneficiaries regarding the alleged breaches of fiduciary duties, and remedies for the Plans would, as a practical matter, be dispositive of the interests of the participants and beneficiaries not parties to the adjudication or would substantially impair or impede those participants' and beneficiaries'

ability to protect their interests. Therefore, this action should be certified as a class action under Rule 23(b)(1)(A) or (B).

274. Additionally, or in the alternative, certification under Rule 23(b)(2) is appropriate because Defendants have acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole. Plaintiffs seek reformation of the Plans to make them include more viable retirement investment options, which will benefit the Plans and other participants in the Plans.

275. Additionally, or in the alternative, this action may be certified as a Class under Rule 23(b)(3) as questions of law or fact common to members of the Class predominate over any questions affecting individual members of the Class, and a class action is superior to all other available methods for the fair and efficient adjudication of this controversy.

## CAUSES OF ACTION

### COUNT I
**Breach of Duty of Prudence for Failing to Remove Imprudent Investments from the Plans Within a Reasonable Time**
**(Violation of ERISA, 29 U.S.C. § 1104)**
**(Against All Defendants)**

276. All allegations set forth in the Complaint are realleged and incorporated herein by reference.

277. 3M used the Plans as a strategic and financial benefit to recruit and retain workers.

- 114 -

278.    In joining 3M and subsequently enrolling in the Plans, employees trusted and relied on 3M's resources and expertise to construct and maintain a state-of-the-art retirement plan.

279.    At all relevant times during the Class Period, Defendants acted as fiduciaries within the meaning of 29 U.S.C. § 1002(21)(A) by exercising authority and control with respect to the management of the Plans and their assets.

280.    29 U.S.C. § 1104(a)(1)(B) requires a plan fiduciary to act with the "care, skill, prudence, and diligence under the circumstances then prevailing that a prudent man acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims."

281.    Thus, the scope of the fiduciary duties and responsibilities of Defendants include administering the Plans with the care, skill, diligence, and prudence required by ERISA.  Defendants are responsible for evaluating and monitoring the Plans' investment options on an ongoing basis, eliminating imprudent investments, and taking all necessary steps to ensure the Plans' assets are invested prudently.

282.    Defendants breached their fiduciary duties by adopting an imprudent process for evaluating and monitoring investment options in the Plans.  The faulty process resulted in the Plans' inclusion of a suite of target date funds (the 3M TDF Series) that has exhibited chronic poor performance for over a decade.  Defendants failed to remove the 3M TDF Series despite historical underperformance relative to meaningful benchmarks and relevant benchmark indices.

283.    Defendants also breached their fiduciary duties by adopting and maintaining a disclosure regime that deprived Plan participants of the information necessary to evaluate whether the 3M TDFs were being prudently managed.  The Plans' official 3M TDF Fact Sheets omitted, and continue to omit, the asset-class allocations of the 3M TDFs, preventing participants from understanding the most fundamental characteristic of their target date investments—how their savings are allocated among equities, fixed income, and other asset classes at any given point in the glide path.  Defendants compounded this opacity by benchmarking the 3M TDFs against custom, proprietary indices whose weighted composition has never been disclosed to participants.  As the actual glide path analysis confirms, the 3M TDFs' actual equity exposures deviated materially from the 3M TDF's stated "target" glide path, yet the Plan's disclosures gave participants no basis to detect, question, or act upon those deviations. This lack of transparency is particularly troubling given that a wholly owned subsidiary of 3M Company (3M IMCO) served as co-Investment Manager of the very funds whose performance was shielded from meaningful scrutiny, creating a structural incentive to maintain the opacity that has allowed *at least* twelve years of chronic underperformance to go unchallenged.

284.    Defendants also breached their fiduciary duties by permitting the 3M TDFs' actual asset allocations to deviate significantly from the Plans' officially stated target glide path.  A target date fund's glide path is its core investment thesis—the predetermined trajectory by which the fund's allocation shifts from growth-oriented equities to capital-preserving fixed income as participants approach retirement.  The Plans represented to participants that the 3M TDFs would follow a specific glide path, and participants selected

these funds in reliance on that representation.  As demonstrated herein, however, the 3M TDFs' actual allocations departed materially from the stated target path across multiple vintages and time periods (these departures were in excess of 11% at times). These were not minor, transient deviations attributable to market fluctuations or tactical rebalancing within prudent tolerances.  Rather, they were persistent structural divergences that fundamentally altered the risk and return profile of the funds relative to what was communicated to participants.  A prudent fiduciary that commits to a target glide path must either adhere to it or disclose and justify deviations; Defendants did neither.

285.    Defendants' breach of fiduciary duty has substantially impaired the Plans' use, their values, and their investment performance for all Class Members.

286.    By failing to adequately consider better-performing investment products for the Plans, Defendants failed to discharge their duties with the care, skill, prudence, and diligence that a prudent fiduciary acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims.

287.    As a direct and proximate result of Defendants' breaches of fiduciary duty, the Plans and their participants who invested in the 3M TDF Series have suffered tens of millions of dollars of damages and lost-opportunity costs which continue to accrue and for which Defendants are jointly and severally liable pursuant to 29 U.S.C. §§ 1132(a)(2), 1132(a)(3), and 1109(a).

288.    Each of the Defendants is liable to make good to the Plans the losses resulting from the aforementioned breaches, to restore to the Plans any profits resulting from the

breaches of fiduciary duties alleged in this Count, and are subject to other equitable or remedial relief as appropriate.

289.    Each Defendant also participated in the breach of the other 3M Defendants, knowing that such acts were a breach, and enabled the other Defendants to commit a breach by failing to lawfully discharge its own fiduciary duties. Each Defendant knew of the breach by the other Defendants yet failed to make any reasonable effort under the circumstances to remedy the breach.  Thus, each Defendant is liable for the losses caused by the breach of its co-fiduciary duties under 29 U.S.C. § 1105(a).

**COUNT II**
**Prohibited Transactions**
**(Violation of ERISA, 29 U.S.C. §§ 1106(a)(1)(D), 1106(b)(1))**
**(Against All Defendants)**

290.    All allegations set forth in the Complaint are realleged and incorporated herein by reference.

291.    As set forth above, Defendants are fiduciaries of the Plans under ERISA. Their fiduciary status arises from their discretion, authority, and control over the administration, management, and disposition of the Plan and its assets, as well as from their provision of investment advice for a fee or other compensation concerning Plan funds or property.    In addition, Defendants' authority and responsibility with respect to administering and managing the Plan and its retirement assets further establish their fiduciary obligations.

292.    Defendants exercise control over the selection of funds offered as investment options to the Plan and its participants.    They also provide investment advice for

- 118 -

compensation regarding these options and, as described above, use their discretionary authority and responsibility in administering the Plan to obtain additional compensation through self-dealing.

293. As fiduciaries, Defendants were prohibited from causing the Plan to engage in any transaction that they knew, or should have known, would constitute a direct or indirect transfer of plan assets to a party in interest, for use by a party in interest, or to use for the benefit of a party in interest.

294. A "party in interest" is defined to include various plan insiders, including the plan's administrator, sponsor, and its officers, as well as entities "providing services to [the] plan." 29 U.S.C. §1002(14).

295. As fiduciaries, Defendants were further barred from engaging in certain transactions between themselves and the Plan under Section 1106(b): "A fiduciary with respect to a plan shall not—(1) deal with the assets of the plan in his own interest or for his own account; (2) in his individual or in any other capacity act in any transaction involving the plan on behalf of a party (or represent a party) whose interests are adverse to the interests of the plan or the interests of its participants or beneficiaries, or (3) receive any consideration for his own personal account from any party dealing with such plan in connection with a transaction involving the assets of the plan." 29 U.S.C. § 1106(b).

296. Defendants' retention of 3M IMCO as the "Investment Manager" and/or "Investment Adviser" for each vintage of the 3M TDF Series resulted in prohibited transactions under 29 U.S.C. §§ 1106(a)(1)(D) and 1106(b)(1). These transactions include any payments directly or indirectly to 3M IMCO from the Plans relating to those services.

- 119 -

Those payments, particularly considering the overwhelming poor performance of the 3M TDFs, constitute more than reasonable compensation or a transfer of assets of the Plan to a party in interest.

297. As a direct and proximate result of these prohibited transactions, the Plan and its participants have suffered over one hundred million dollars in damages and lost-opportunity costs for which Defendants are jointly and severally liable pursuant to 29 U.S.C. §§ 1132(a)(2), 1132(a)(3), and 1109(a).

298. Each of the Defendants is liable to make good to the Plans the losses resulting from the aforementioned breaches, to restore to the Plan any profits resulting from the breaches of fiduciary duties alleged in this Count, and are subject to other equitable or remedial relief as appropriate.

## COUNT III
### Failure to Monitor
### (Against All Defendants)

299. All allegations set forth in the Complaint are realleged and incorporated herein by reference.

300. Defendants had a duty to monitor the performance of each individual to whom they delegated any fiduciary responsibilities. A monitoring fiduciary must ensure that the monitored fiduciaries are performing their fiduciary obligations, including those with respect to the investment and holding of the Plans' assets, and must take prompt and effective action to protect the Plans and participants when they are not.

301. To the extent any Defendant's fiduciary responsibilities were delegated to another fiduciary, such Defendant's monitoring duty included an obligation to ensure that any delegated tasks were being performed prudently and loyally.

302. Defendants breached their fiduciary monitoring duties by, among other things:

(a)   failing to monitor their appointees, to evaluate their performance, or to have a system in place for doing so, and standing idly by as the Plan suffered enormous losses as a result of their appointees' imprudent actions and omissions with respect to the Plan;

(b)   failing to monitor their appointees' fiduciary process, which would have alerted any prudent fiduciary to the potential breach because of the imprudent investment options in violation of ERISA;

(c)   failing to ensure that the monitored fiduciaries had a prudent process in place for evaluating and ensuring that the investment options were prudent; and

(d)   failing to remove appointees whose performance was inadequate in that they continued to allow imprudent investment options to remain in the Plan to the detriment of Plan's participants' retirement savings.

303. Each fiduciary who delegated its fiduciary responsibilities likewise breached its fiduciary monitoring duty by, among other things:

(a)   failing to monitor its appointees, to evaluate their performance, or to have a system in place for doing so, and standing idly by as the Plan suffered enormous

losses as a result of its appointees' imprudent actions and omissions with respect to the Plan;

> (b)    failing to monitor its appointees' fiduciary process, which would have alerted any prudent fiduciary to the potential breach because of the imprudent investment options in violation of ERISA;

> (c)    engaging in prohibited transactions in violation of ERISA;

> (d)    failing to implement a process to ensure that the appointees monitored the performance of Plan investments; and

> (e)    failing to remove appointees whose performance was inadequate in that they continued to allow imprudent investment options to remain in the Plan, all to the detriment of Plan participants' retirement savings.

304.    As a direct result of these breaches of the fiduciary duty to monitor, the Plans suffered substantial losses. Had 3M and the other delegating fiduciaries prudently discharged their fiduciary monitoring duties, the Plans would not have suffered these losses.

## **PRAYER FOR RELIEF**

For these reasons, Plaintiffs, on behalf of the Plans and all similarly situated Plan Participants and beneficiaries, respectfully request that the Court:

> i)    find and adjudge that Defendants have breached their fiduciary duties, as described above;

> ii)    find and adjudge that Defendants are personally liable to make good to the Plans the losses to the Plans resulting from each breach of fiduciary duty, and

- 122 -

to otherwise restore the Plans to the positions they would have occupied but for the breaches of fiduciary duty;

iii) find and adjudge that Defendants are liable to the Plans for appropriate equitable relief, including but not limited to restitution and disgorgement;

iv) determine the method by which the Plans' losses under 29 U.S.C. § 1109(a) should be calculated;

v) order Defendants to provide all accountings necessary to determine the amounts Defendants must make good to the Plans under 29 U.S.C.§ 1109(a);

vi) remove the fiduciaries who have breached their fiduciary duties and enjoin them from future ERISA violations;

vii) impose surcharge against Defendants and in favor of the Plans all amounts involved in any transactions which such accounting reveals were improper, excessive, and/or in violation of ERISA;

viii) reform the Plans to include only prudent investments;

ix) certify the Class, appoint Plaintiffs as class representatives, and appoint Kahn Swick & Foti, LLC as Class Counsel;

x) award to the Plaintiffs and the Class their attorneys' fees and costs under 29 U.S.C. § 1132(g)(1) and the common fund doctrine;

xi) order Defendants to pay interest to the extent allowed by law; and

xii) grant such other equitable or remedial relief as the Court deems appropriate.

Dated:  March 31, 2026          Respectfully submitted,

/s/ Melinda A. Nicholson
Melinda A. Nicholson*
Nicolas Kravitz*
John A. Carriel*
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com
Email: nicolas.kravitz@ksfcounsel.com
Email: john.carriel@ksfcounsel.com

- AND -

David W. Asp, MN #0344850
Derek C. Waller, MN #0401120
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4091
Facsimile: (612) 339-0981
Email: dwasp@locklaw.com
Email: dcwaller@locklaw.com

*Attorneys for Plaintiffs, the Plans, and the Proposed Class*
*admitted *pro hac vice*